# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

## SUMMONS IN A CIVIL CASE

CASE NO. 09-80909-CIV-Marra/Johnson

KRISTY HENDERSON,
individually and on behalf of
persons similarly situated,
    Plaintiff,

v.

HOLIDAY CVS, L.L.C,
a Florida limited liability company,
CVS CAREMARK, CORPORATION,
a Deleware corporation,
d/b/a CVS/PHARMACY,
CVS PHARMACY, INC.,
a Rhode Island corporation,
d/b/a CVS/PHARMACY, and
XYZ ENTITIES 1-1000,
fictitious names of unknown liable entities,
    Defendants.
_____/

TO:    **HOLIDAY CVS, L.L.C,**
    **through its Registered Agent, C T CORPORATION SYSTEM,**
    **1200 S. Pine Island Road**
    **Plantation, FL 33324**

    YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address):
        GREGG I. SHAVITZ
        SHAVITZ LAW GROUP, P.A.
        1515 S. Federal Highway, Suite 404
        Boca Raton, FL 33432

an answer to the Complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of the Court within a reasonable period of time after service. ısent to Join.

**SUMMONS**   DATE: **JUNE 19, 2009**

Steven M. Larimore
Clerk of Court

s/Michael W. Beck
Deputy Clerk
U.S. District Courts

# United States District Court

___SOUTHERN___ DISTRICT OF ___FLORIDA___

## SUMMONS IN A CIVIL CASE

CASE NO.

KRISTY HENDERSON,
individually and on behalf of
persons similarly situated,
    Plaintiff,

**09-80909-CIV-Marra/Johnson**

v.

HOLIDAY CVS, L.L.C,
a Florida limited liability company,
CVS CAREMARK, CORPORATION,
a Deleware corporation,
d/b/a CVS/PHARMACY,
CVS PHARMACY, INC.,
a Rhode Island corporation,
d/b/a CVS/PHARMACY, and
XYZ ENTITIES 1-1000,
fictitious names of unknown liable entities,
    Defendants.
_____/

TO:    **CVS CAREMARK, CORPORATION,
through its President or other officer
One CVS Drive
Woonsocket, RI 02895**

    YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address):

        GREGG I. SHAVITZ
        SHAVITZ LAW GROUP, P.A.
      1515 S. Federal Highway, Suite 404
        Boca Raton, FL 33432

an answer to the Complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of the Court within a reasonable period of time after service. Additionally served. Notice of Filing Consent to Join.

**JUNE 19, 2009**

**SUMMONS**    DATE:_____

Steven M. Larimore
Clerk of Court

s/Michael W. Beck
Deputy Clerk
U.S. District Courts

# United States District Court

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

## SUMMONS IN A CIVIL CASE

CASE NO.

KRISTY HENDERSON,
individually and on behalf of
persons similarly situated,
    Plaintiff,

09-80909-CIV-Marra/Johnson

v.

HOLIDAY CVS, L.L.C,
a Florida limited liability company,
CVS CAREMARK, CORPORATION,
a Deleware corporation,
d/b/a CVS/PHARMACY,
CVS PHARMACY, INC.,
a Rhode Island corporation,
d/b/a CVS/PHARMACY, and
XYZ ENTITIES 1-1000,
fictitious names of unknown liable entities,
    Defendants.
_____/

TO:   **CVS PHARMACY, INC.,**
**through its Registered Agent, C T CORPORATION SYSTEM,**
**1200 S. Pine Island Road**
**Plantation, FL 33324**

    YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address):
        GREGG I. SHAVITZ
        SHAVITZ LAW GROUP, P.A.
      1515 S. Federal Highway, Suite 404
        Boca Raton, FL 33432

an answer to the Complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of the Court within a reasonable period of time after service. sent to Join.

**SUMMONS**   DATE:___**JUNE 19, 2009**___

Steven M. Larimore
Clerk of Court

s/Michael W. Beck
Deputy Clerk
U.S. District Courts