UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-80909-CIV- MARRA/JOHNSON

KRISTY HENDERSON,
individually and on behalf of
persons similarly situated,

      Plaintiff,

v.

HOLIDAY CVS, L.L.C,
a Florida limited liability company,
CVS CAREMARK, CORPORATION,
a Deleware corporation,
d/b/a CVS/PHARMACY,
CVS PHARMACY, INC.,
a Rhode Island corporation,
d/b/a CVS/PHARMACY, and
XYZ ENTITIES 1-1000,
fictitious names of unknown liable entities,

      Defendants.

_____/

## JOINT SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.l.B of the Local Rules of the United States District Court of the Southern District of Florida, and upon consideration of the Joint Scheduling Report filed by the Parties, and the Court being fully advised in the premises, it is thereupon, ORDERED AND ADJUDGED as follows:

    **a.**    **Track**: This case shall be assigned to the standard case management track pursuant to Local Rule 16.1 .A.2(b).

    **b.**    **Discovery schedule**: The discovery cut-off date shall be ***March 1, 2010*** unless modified by further order of the Court. The initial disclosures and exchanges required by Fed.R.Civ.P. 26(a)(l) and S.D.Fla.LR 16.1.B have been made.

    **c.**    **Agreements:** At the time, the parties have not reached, but reserve the right to enter into, any agreements for asserting claims of privilege or protection of trial preparation material after production.

      **d.**        **Join parties and amend pleadings**: _____

      **e.**        **Filing of pretrial motions** shall be done by ***March 20, 2010***.

      **f.**        **Need for rule variation:**  If case develops into a collective action, the parties agree that certain scheduled dates may need to be changed, and will file a motion to amend this Scheduling Order.

      **g.**        **Pretrial conference, if any**, to be held on ***June 4 , 2010***.

      **h.**        **The trial date shall be ***June 14, 2010***.**

DONE AND ORDERED, in Chambers, at West Palm Beach, Palm Beach County, Florida, this ___ day of _____, 2009.

_____
UNITED STATES DISTRICT JUDGE

cc:    Gregg I. Shavitz, Esq.
       James J. Swartz, Jr., Esq