# EXHIBIT 1

```
"ADA - ASSISTANT MANAGER         STORE #:|5147;  ADAASTMG.225|EU840613.225;
CVS PHARMACY

TITLE:    Assistant Store Manager       FLSA:   Exempt
```

GENERAL SUMMARY:

Responsible for the total, efficient and profitable operations of a
CVS Pharmacy and/or a health and beauty aide store.

ESSENTIAL FUNCTION:

Management

* lead others and work effectively with store crews
* supervise, assign and direct activities of the storeÆs crew
* effectively communicate information to store crew and supervisors in an open and timely manner

Customer Service

* assist customers with their questions, problems and complaints
* handle all customer relations issues in accordance with company policy and promote a positive shopping experience for all customers
* maintain customer/patient confidentiality

Merchandising/Presentation

* price merchandise
* stock shelves
* reset departments following POGs adapting them to a particular store
* organize and execute the display and signing of weekly, major promotional and seasonal merchandise
* organize and execute the display and maintenance of off-shelf merchandise

Shrinkage

* control use of register keys, securing door keys, alarm codes, and safe combinations
* execute locking of safe and security doors and setting of alarms when closing the store
* complete random cash verifications; journal tape checks; analyze Cashier Analysis Report
* identify and react to shoplifters and apprehend to secure company assets and process shoplifters accordingly
* protect store assets
* administer, monitor, and react to Internal Loss Prevention programs and systems: employee bag checks; lockers secured; receipts for purchases
* maintain and react to Electronic Article Surveillance system
* ensure price accuracy, using POS Price Accuracy Report and in-store price audits

Operations

* respond to MIS
* review electronic journal
* access, input, retrieve and analyze information from the computer
* order regular and promotional merchandise, maintaining appropriate inventory levels using the Telxon machine
* maintain an organized office and backroom
* work reserve stock
* oversee and execute the preparation of the daily cash report and weekly summary
* develop sales/hours forecasts
* load and unload deliveries
    - lift 35 pound trays/cases to a height of 4 feet
    - move trays/cases from one location to another
* verify and document billing of merchandise (check-in merchandise)
* execute and document merchandise returns and inter-store transfers
* operate a cash register - including: cash, check and charge transactions; bagging merchandise
* execute and document:
    - cash/check pulls; deposits; returned check payments; check acceptance; refunds; voids; discounts; cashier verifications; rainchecks; signing crew members on/off; taking closing readings
* deliver deposits and secure change from the bank maintain a balanced imprest fund
* schedule daily, weekly activities; prepare weekly work schedules based on store's budgeted hours
* execute weekly payroll
* ensure compliance with all company policies and procedures and federal and state laws
* prepare, complete and distribute reports and records: paid out summary; key rec's (accounts payable); MU/MD; customer cash discrepancy; returnable merchandise; accident reports; various other surveys as requested
* open/close store
* conduct a walk through of the store and establish a prioritized list of tasks
* answer telephone
* identify and react to in-store repairs
* attend district and/or regional meetings
* execute payment of outside vendors as appropriate
* supervise and/or execute rubbish removal

Human Resources

* train, develop, and evaluate crew members and supervisors
* complete phase I and II as necessary
* execute all necessary documentation for H.R.I.S. administration: hiring kits; staff enrollment forms, changes of status forms for all store personnel
* recruit, select, hire, train, develop, evaluate and suspend hourly non-exempt employees
* Assistant Manager development; self development as an Assistant Manager
* conduct performance appraisals for all directly assigned personnel
* recommend wage rate and promotion of hourly non-exempt employees
* ensure on-the-job safety of all employees and treatment for employee injuries sustained on the job
* coach and execute counseling discussions with store employees
* develop short and long term staffing strategies
* maintain a work place free from discrimination and harassment
* maintain accurate and up-to-date personnel records at store level

Financial Reporting/Administration

* analyze operating reports/documents and make recommendations on how to improve store performance and implement plans
* prepare the store for a physical inventory
* complete and analyze Business Reviews and develop and execute plans to correct areas needing improvement

MARGINAL FUNCTIONS:

* assist customers with large purchases - taking out to vehicle
* administer and respond to customer relations programs i.e.; person-to-person letters, customer comment cards, shopping service results etc.
* cut in new items; remove discontinued items, and adjust merchandise facings accordingly
* work reserve backstock/overstock
* maintenance of store: facing, dusting, vacuuming, window cleaning, clean rest room, backroom fixtures, store exterior
* assist the pharmacy staff in/out of Pharmacy area
* analyze the competitive environment and document findings
* perform photofinishing activities
* organize and execute the display and maintenance of cosmetic units; greeting cards; franchise candy and outside vendor merchandise
* ability to respond to alarm calls
* generate positive public relations with community

DISCLAIMER:

The above information on this description has been designed to indicate the general nature and level of work performed by employees within this classification. It is not designed to contain or be interpreted as a comprehensive inventory of all duties, responsibilities and qualifications required of employees assigned to this job.

Approvals:

_____     _____    _____     _____
Human Resources              Date        Line or Staff Management     Date