# EXHIBIT 2

# CVS

## ASSISTANT MANAGER

## PERFORMANCE EVALUATION

NAME _____

SOCIAL SECURITY NUMBER _____

DATE OF EMPLOYMENT _____

REVIEW DATE _____

NAME:_____ POSITION:_____ DATE:_____

STORE:_____ GRADE:_____ CURRENT ANNUAL SALARY:$_____

PERFORMANCE RATING:_____

PROPOSED % INCREASE:_____% PROPOSED ANNUAL SALARY:$_____

EMPLOYEE SIGNATURE:_____

STORE MANAGER SIGNATURE:_____

STEP 1   Use the following criteria definitions to determine which
         category/rate best describes the employee s performance when
         filling out performance expectation areas on the following
         pages.

| CRITERIA | RATE | CATEGORY |
|---|---|---|
| **************************************************** | | |
| ABOVE AND BEYOND all expectations, performance that exemplifies our mission/strategic plan. Sets new standards for our employees; our business. | 5 | Superior |
| EXCEEDS expectations by achieving above and beyond the performance expectation measurement with cost/time savings, increase profits, value to the bottom lines, or; exceeds expectations by meeting 100% of the performance expectation measures and adds additional unexpected value or enhancements to the business. | 4 | Very Good |
| MEETS expectations by achieving 100% of the stated performance expectation measurement to the agreed standards. | 3 | Good |
| Performance FALLS SHORT of expectations when one does not meet performance standards/measurements on less than a majority of stated goals but maintains a positive team atmosphere, or; one meets performance standards/measurements; however, reduces the achievement due to added costs/time and or/resources. | 2 | Improvable |
| Performance clearly DOES NOT MEET the expectation measurements for all or a majority of the pre-determined goals. Does not add value to the organization. | 1 | Unacceptable |
| **************************************************** | | |

1

STEP 2   Read through the category definitions prior to filling in performance scores and comments.

STEP 3   Fill in a score for each category.

STEP 4   Once all scores have been determined, total and fill in the Total Score line. Compare the Total Score to the following performance range:

| Score | Category |
|---|---|
| 100 to 105 | Superior |
| 80 to 99 | Very Good |
| 55 to 79 | Good |
| 34 to 54 | Improvable |
| 21 to 33 | Unacceptable |

STEP 5   This is the employee's performance rating that should be included in section 1.

STEP 6   Sign and date the Performance Evaluation form.

CUSTOMER SERVICE:  Role model, consistent customer service that can be measured using Store Report Card scores.

STORE APPEARANCE STANDARDS:  Cleanliness, faced, dusted, exterior, lighting.

MERCHANDISING:  POG s completed within 14 days, adjustments made, new items, discontinued.
Seasonal:  timely setup signing, timely re-merchandising, bulk displays.
Cycle:  planning, timely setup inventory control signing, toppers, J hooks, power wings.
Promotions:  planning, signing, setup one day prior to ad, worked regularly, homes filled.

HIRING/TRAINING OF CREWMEMBERS:  Assist in timely performance appraisals, increasing expectations allowing crewmembers to learn and grow, timely and detailed feedback to store manager.

TRAINING/DEVELOPMENT OF SHIFT SUPERVISORS:  Assist in timely performance appraisals, increasing expectations allowing shift supervisor to learn and grow, timely and detailed feedback to store manager.

SELF DEVELOPMENT (AMDII etc.):  Self development initiatives.

HUMAN RESOURCE ADMIN.:  Vista, hiring packets, timely reviews, posting of shopping service reports, cash variances documented, performance issues documented, audit report.

SCHEDULING/HOURS/PAYROLL CONTROL:  Working two nights, weekends, holidays, schedules written to business needs, written in advance, overtime control, seeks opportunities to save hours.

ORGANIZATION/PLANNING/PRIORITIZING:  Use of planner, schedules activities for down time, assigns right person for the right job, activities prioritized, regular follow-up, neat and clean office, long-term planning (i.e., staffing, inventory build-up)

REGULAR ORDERING, MSQ PROGRAM:  Follows MSQ, certifications done, order guides used and updated, conducts order reviews, seasonal build-up s and cool downs, schedules proper time to order.

PROMOTIONAL ORDERING:  Target calculation, order adjustment to target, sell-thru % (100% of order), minimal out of stock/overstock, competitive awareness to gauge expected sales, missed orders.

INVENTORY MANAGEMENT:  Over stock worked weekly on the day before order, full case returns, UPP, RFC, clearance store procedures, backroom neat, clean and organized.

INTERNAL LOSS PREVENTION:  Randoms, bag checks, lockers locked, receipts on consumables, review of detail tapes, night visits, paper work (i.e., mu/md, key rec s transfers), cash handling, audit results.

EXTERNAL LOSS PREVENTION:  EAS, wipe out policy, eye s, hi s & help, apprehensions, civil demand, chain calls, check acceptance procedures, refund policy, outside vendor awareness.

attempts to correct and keep store manager informed, regularly reviews with management team, uses as a tool to maximize store performance.

COMPLIANCE W/REQUESTED FEEDBACK: Store manager requested, surveys, promotional and seasonal inventories.

COMPETITIVE AWARENESS: Pricing, people (i.e., staff, rate of pay), meeting local customer needs (i.e., Spanish cards, Kosher candy).

JUDGEMENT: Decision making, learns from their mistakes, solicits feedback from all levels.

INITIATIVE: Keeping store manager informed of what they have done vs. asking what to do.

COMMUNICATION: Clearly set expectations w/crew members and management team, constructive and open, positive relationship with RX department, good listener, seeks and solves problems, communicates effectively with all levels within organization (ie. crew, peers, store management, corp.staff).

COOPERATION: Openness to new ideas, works well with Rx department (ie. tech candidates, cross training), willingness to help out in other stores (ie. grand openings, vacation coverage).

4

```
*5 = Superior, 4 = Very Good, 3 = Good, 2 = Improvable,*
*1 = Unacceptable                                       *
*********************************************************
*Performance Expectation Areas*
********************************
```

|  |  |
|---|---|
| Customer Service: | ` * 5 * 4 * 3 * 2 * 1 * ` |

_____
_____

| | |
|---|---|
| Store Appearance Standards: | ` * 5 * 4 * 3 * 2 * 1 * ` |

_____
_____

| | |
|---|---|
| Merchandising: | ` * 5 * 4 * 3 * 2 * 1 * ` |

_____
_____

| | |
|---|---|
| Hiring/Training Crewmembers: | ` * 5 * 4 * 3 * 2 * 1 * ` |

_____
_____

| | |
|---|---|
| Training/Development of Shift Supervisors: | ` * 5 * 4 * 3 * 2 * 1 * ` |

_____
_____

```
                                        **********************
                                        *  5 * 4 * 3 * 2 * 1 *
                                        **********************
```

---

Human Resources Admin:
```
                                        **********************
                                        *  5 * 4 * 3 * 2 * 1 *
                                        **********************
```

---

Scheduling/Hours/Payroll Control:
```
                                        **********************
                                        *  5 * 4 * 3 * 2 * 1 *
                                        **********************
```

---

Organization/Planning/Prioritizing:
```
                                        **********************
                                        *  5 * 4 * 3 * 2 * 1 *
                                        **********************
```

---

Regular Ordering, MSQ Program:
```
                                        **********************
                                        *  5 * 4 * 3 * 2 * 1 *
                                        **********************
```

---

Promotional Ordering:
```
                                        **********************
                                        *  5 * 4 * 3 * 2 * 1 *
                                        **********************
```

---

Inventory Management:

```
**********************
*  5  *  4  *  3  *  2  *  1  *
**********************
```

Internal Loss Prevention

```
**********************
*  5  *  4  *  3  *  2  *  1  *
**********************
```

External Loss Prevention

```
**********************
*  5  *  4  *  3  *  2  *  1  *
**********************
```

Report Utilization:

```
**********************
*  5  *  4  *  3  *  2  *  1  *
**********************
```

Compliance W/Requested Feedback:

```
**********************
*  5  *  4  *  3  *  2  *  1  *
**********************
```

Competitive Awareness:

```
**********************
*  5  *  4  *  3  *  2  *  1  *
**********************
```

_____
_____

Initiative:                          ***********************
_____  * 5 * 4 * 3 * 2 * 1 *
                                     ***********************

_____
_____

Communication:                       ***********************
_____  * 5 * 4 * 3 * 2 * 1 *
                                     ***********************

_____
_____

Cooperation:                         ***********************
_____  * 5 * 4 * 3 * 2 * 1 *
                                     ***********************

_____
_____

                    Total Score _____

# INDIVIDUAL DEVELOPMENT PLAN

```
***************************************************************
Name:                           *Manager/DSM:                  *
***************************************************************
Position:                                                      *
***************************************************************
Review date:                    *Progress review date:         *
***************************************************************
Next review date                                               *
***************************************************************
In the spaces provided below, identify objectives that build on *
strengths or that address development needs. Complete a brief action*
plan. Determine the involvement of others you will require, and *
include a target date for completion. Disposition - copy to super- *
visor and individual.                                          *
***************************************************************
Step 1:         *Step 2:            *Step 3:             *Step 4: *
Development     *Action Plans       *Involvement of      *Target  *
Objectives      *                   *Others              *Date    *
***************************************************************
```