# EXHIBIT 3

Report ID: CBDI(0NC&1iOC&18D&15ED&166FD)(s16.66HD&k2G
Report ID:  C_PAY098
Company:    DEN CVS EGL West University Fl, L.
Pay Period End:10/21/2006
Pay Group  BWK Biweekly

Fulfillment Check Register

PeopleSoft

Page No.  1
Run Date 08/04/2009
Run Time 15:57:48

| Employee Name/ID Dept. ID Business Unit | Form ID Check Date Check No. | REGULAR Hours | REGULAR Earnings | OVERTIME Hours | OVERTIME Earnings | OTHER Type | OTHER Hours | OTHER Earnings | Gross Pay | Taxes Type | Deductions Code | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chauhry,Muhammad R 0603629 02669 STORE | 08/04/2006 CHECK 2734215 | 45.00 | 711.45 | | | TR4 | 45.00 | 711.45 | 711.45 | 44.11 OASDI 10.32 MEDI 77.29 FWT | | 579.73 C |
| Chauhry,Muhammad R 0603629 02669 STORE | 08/18/2006 CHECK 2894423 | 25.00 25.00 | 395.25 395.25 | | | TR4 TR4 | 20.00 20.00 | 316.20 316.20 | 1,422.90 | 88.22 OASDI 20.63 MEDI 202.30 FWT | | 1,111.75 C |
| Chauhry,Muhammad R 0603629 02669 STORE | 09/01/2006 ADVICE A8146193 | 45.00 25.00 | 711.45 395.25 | | | TR4 | 20.00 | 316.20 | 1,422.90 | 81.62 OASDI 19.09 MEDI 175.68 FWT | | 1,036.93 A |
| Chauhry,Muhammad R 0603629 02669 STORE | 09/15/2006 ADVICE A8271453 | 37.00 45.00 | 584.97 711.45 | | | HOL | 8.00 | 126.48 | 1,422.90 | 81.61 OASDI 19.09 MEDI 175.68 FWT | | 1,036.95 A |
| Chauhry,Muhammad R 0603629 02669 STORE | 09/29/2006 ADVICE A8395936 | 15.00 45.00 | 237.15 711.45 | | | TR4 | 30.00 | 474.30 | 1,422.90 | 81.62 OASDI 19.09 MEDI 175.68 FWT | | 1,036.93 A |
| Chauhry,Muhammad R 0603629 05254 STORE | 10/13/2006 ADVICE A8539510 | 45.00 45.00 | 711.45 711.45 | | | | | | 1,422.90 | 81.62 OASDI 19.09 MEDI 175.68 FWT | | 1,036.93 A |
| Chauhry,Muhammad R 0603629 01077 STORE | 10/27/2006 ADVICE A8638873 | 45.00 45.00 | 711.45 711.45 | | | | | | 1,422.90 | 81.62 OASDI 19.09 MEDI 175.68 FWT | | 1,036.93 A |

Source Legend:  K = Batch Final  L = On-line Final  O = On-line

CVS/HEND 000316
CONFIDENTIAL

```
Report ID:  C_PAY098                          PeopleSoft                                    Page No.   2
Company:   CYX Holiday CVS, L.L.C.            Fulfillment Check Register                     Run Date 08/04/2009
Pay Period End:01/27/2007                                                                    Run Time 15:57:48
Pay Group   BWK Biweekly
```

| Employee Name/ID Dept. ID Business Unit | Check Date | Form ID Check No. | <----- REGULAR -----> Hours Earnings | <--- OVERTIME ---> Hours Earnings | <----------- OTHER -----------> Type Hours Earnings | Gross Pay | Taxes Type | Deductions Code | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| Chaudhry,Muhammad R 0603629 01077 STORE | 11/09/2006 | ADVICE A8769354 | 45.00 711.45 45.00 711.45 | | | 1,422.90 | 89.78 OASDI 21.00 MEDI 208.62 FWT | 68.00 10-A5B189 7.16 11-DENTAL 6.06 14-VSNIND | 1,131.86 A |
| Chaudhry,Muhammad R 0603629 07129 STORE | 11/24/2006 | ADVICE A8938188 | 45.00 711.45 37.00 584.97 | | HOL 8.00 126.48 | 1,422.90 | 83.18 OASDI 19.46 MEDI 182.00 FWT | 68.00 10-A5B189 7.16 11-DENTAL 6.06 14-VSNIND | 1,057.05 A |
| Chaudhry,Muhammad R 0603629 07129 STORE | 12/08/2006 | ADVICE A9073355 | 45.00 711.45 37.00 584.97 | | HOL 8.00 126.48 | 1,422.90 | 83.19 OASDI 19.46 MEDI 182.00 FWT | 68.00 10-A5B189 7.16 11-DENTAL 6.06 14-VSNIND | 1,057.03 A |
| Chaudhry,Muhammad R 0603629 07129 STORE | 12/22/2006 | ADVICE A9207842 | 45.00 711.45 45.00 711.45 | | | 1,422.90 | 83.18 OASDI 19.45 MEDI 182.00 FWT | 68.00 10-A5B189 7.16 11-DENTAL 6.06 14-VSNIND | 1,057.05 A |
| Chaudhry,Muhammad R 0603629 07129 STORE | 01/05/2007 | ADVICE A9339787 | 37.00 584.97 45.00 711.45 | | HOL 8.00 126.48 | 1,422.90 | 83.18 OASDI 19.45 MEDI 176.84 FWT | 68.00 10-A5B189 7.16 11-DENTAL 6.06 14-VSNIND | 1,062.21 A |
| Chaudhry,Muhammad R 0603629 07129 STORE | 01/19/2007 | ADVICE A9581964 | 45.00 711.45 37.00 584.97 | | HOL 8.00 126.48 | 1,422.90 | 83.19 OASDI 19.46 MEDI 176.84 FWT | 68.00 10-A5B189 7.16 11-DENTAL 6.06 14-VSNIND | 1,062.19 A |
| Chaudhry,Muhammad R 0603629 07129 STORE | 02/02/2007 | ADVICE A9735501 | 45.00 711.45 | | | 711.45 | 39.07 OASDI 9.14 MEDI 64.88 FWT | 68.00 10-A5B189 7.16 11-DENTAL 6.06 14-VSNIND | 517.14 A |

Source Legend:  K = Batch Final   L = On-line Final   O = On-line

CONFIDENTIAL
CVS/HEND 000317

Report ID: C_PAY098
Company:     CYX Holiday CVS, L.L.C.
Pay Period End:02/24/2007
Pay Group    BWK Biweekly

PeopleSoft
Fulfillment Check Register

Page No.   3
Run Date 08/04/2009
Run Time 15:51:48

CVS/HEND 0003318
CONFIDENTIAL

| Employee Name/ID | Form ID | <----- REGULAR -----> | | <--- OVERTIME ---> | | <------- OTHER -------> | | | Gross Pay | Taxes | Deductions | Net Pay |
| Dept. ID Check Date Check No. | | Hours | Earnings | Hours | Earnings | Type Hours | Earnings | | | Type | Code | |
| Business Unit | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chaudhry,Muhammad R   ADVICE | | | | | | | | | | | | |
| 0603629   03/02/2007 A2108375 | | | | | | | | | 0.00 | | | 81.22 A |
| 07129 | | | | | | | | | | | | |
| STORE | | | | | | | | | | | | |
| Department Total | | 995.00 | 15,730.95 | 0.00 | 0.00 | | 175.00 | 2,766.75 | 18,497.70 | 3,670.16 | 925.64 | 13,901.90 1,691.48 C 12,210.42 A |
| Pay Group Total | | 995.00 | 15,730.95 | 0.00 | 0.00 | | 175.00 | 2,766.75 | 18,497.70 | 3,670.16 | 925.64 | 13,901.90 1,691.48 C 12,210.42 A |
| Pay Period Total | | 995.00 | 15,730.95 | 0.00 | 0.00 | | 175.00 | 2,766.75 | 18,497.70 | 3,670.16 | 925.64 | 13,901.90 1,691.48 C 12,210.42 A |
| Company Total | | 995.00 | 15,730.95 | 0.00 | 0.00 | | 175.00 | 2,766.75 | 18,497.70 | 3,670.16 | 925.64 | 13,901.90 1,691.48 C 12,210.42 A |
| Grand Total | | 995.00 | 15,730.95 | 0.00 | 0.00 | | 175.00 | 2,766.75 | 18,497.70 | 3,670.16 | 925.64 | 13,901.90 1,691.48 C 12,210.42 A |

Source Legend:   K = Batch Final   L = On-line Final   O = On-line

End of Report

CEJ(0NDA1CCA18DCA15ECA166FD1616.66HD&k2G

**Report ID:** C_PAY098  
**Company:** DEN CVS EXL West University Pl, L.  
**Pay Period End:** 10/21/2006  
**Pay Group:** BHX Biweekly

PeopleSoft

**Fulfillment Check Register**

Page No. 1  
Run Date 08/04/2009  
Run Time 15:57:48

| Employee Name/ID / Dept. ID / Check Date / Form ID Check No. / Business Unit | REGULAR Hours | REGULAR Earnings | OVERTIME Hours | OVERTIME Earnings | OTHER Type | OTHER Hours | OTHER Earnings | Gross Pay | Taxes / Type | Deductions / Code | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Chaulhry,Muhammad R / 0603629 / 08/04/2006 CHECK 2734215 / 02669 STORE | | | | | TR4 | 45.00 | 711.45 | 711.45 | 44.11 OASDI / 10.32 MEDI / 77.29 FWT | | $79.73 C |
| Chaulhry,Muhammad R / 0603629 / 08/18/2006 CHECK 2894423 / 02669 STORE | 25.00 / 25.00 | 395.25 / 395.25 | | | TR4 / TR4 | 20.00 / 20.00 | 316.20 / 316.20 | 1,422.90 | 88.22 OASDI / 20.63 MEDI / 202.30 FWT | | 1,111.75 C |
| Chaulhry,Muhammad R / 0603629 / 09/01/2006 ADVICE A8146193 / 02669 STORE | 45.00 / 25.00 | 711.45 / 395.25 | | | TR4 | 20.00 | 316.20 | 1,422.90 | 81.62 OASDI / 19.09 MEDI / 175.68 FWT | | 1,036.93 A |
| Chaulhry,Muhammad R / 0603629 / 09/15/2006 ADVICE A8271453 / 02669 STORE | 37.00 / 45.00 | 584.97 / 711.45 | | | HOL | 8.00 | 126.48 | 1,422.90 | 81.61 OASDI / 19.08 MEDI / 175.68 FWT | | 1,036.95 A |
| Chaulhry,Muhammad R / 0603629 / 09/29/2006 ADVICE A8395936 / 02669 STORE | 15.00 / 45.00 | 237.15 / 711.45 | | | TR4 | 30.00 | 474.30 | 1,422.90 | 81.62 OASDI / 19.09 MEDI / 175.68 FWT | | 1,036.93 A |
| Chaulhry,Muhammad R / 0603629 / 10/13/2006 ADVICE A8535510 / 05254 STORE | 45.00 / 45.00 | 711.45 / 711.45 | | | | | | 1,422.90 | 81.62 OASDI / 19.09 MEDI / 175.68 FWT | | 1,036.93 A |
| Chaulhry,Muhammad R / 0603629 / 10/27/2006 ADVICE A8638873 / 01077 STORE | 45.00 / 45.00 | 711.45 / 711.45 | | | | | | 1,422.90 | 81.62 OASDI / 19.09 MEDI / 175.68 FWT | | 1,036.93 A |

Source Legend: K = Batch Final  L = On-line Final  O = On-line

CONFIDENTIAL  
CVS/HEND 000319

Report ID: C_PAY098
Company: CTX Holiday CVS, L.L.C.
Pay Period End:01/27/2007
Pay Group BWK Biweekly

PeopleSoft
Fulfillment Check Register

Page No.  2
Run Date 08/04/2009
Run Time 15:57:48

| Employee Name/ID Dept. ID Business Unit | Check Date | Check No. Form ID | Hours REGULAR Earnings | Hours OVERTIME Earnings | Type | Hours | OTHER Earnings | Gross Pay | Taxes Type | Deductions Code | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Chaudhry,Muhammad R 0603629 01077 STORE | 11/09/2006 | A8769354 ADVICE | 45.00 711.45<br>45.00 711.45 | | | | | 1,422.90 | 89.78 OASDI<br>21.00 MEDI<br>208.62 FWT | 68.00 10-ASB189<br>7.16 11-DENTAL<br>6.06 14-VSNIND | 1,131.86 A |
| Chaudhry,Muhammad R 0603629 07129 STORE | 11/24/2006 | A8938188 ADVICE | 45.00 711.45<br>37.00 584.97 | | HOL | 8.00 | 126.48 | 1,422.90 | 83.18 OASDI<br>19.45 MEDI<br>182.00 FWT | 68.00 10-ASB189<br>7.16 11-DENTAL<br>6.06 14-VSNIND | 1,057.05 A |
| Chaudhry,Muhammad R 0603629 07129 STORE | 12/08/2006 | A9073355 ADVICE | 45.00 711.45<br>37.00 584.97 | | HOL | 8.00 | 126.48 | 1,422.90 | 83.19 OASDI<br>19.46 MEDI<br>182.00 FWT | 68.00 10-ASB189<br>7.16 11-DENTAL<br>6.06 14-VSNIND | 1,057.03 A |
| Chaudhry,Muhammad R 0603629 07129 STORE | 12/22/2006 | A9207842 ADVICE | 45.00 711.45<br>45.00 711.45 | | | | | 1,422.90 | 83.18 OASDI<br>19.45 MEDI<br>182.00 FWT | 68.00 10-ASB189<br>7.16 11-DENTAL<br>6.06 14-VSNIND | 1,057.05 A |
| Chaudhry,Muhammad R 0603629 07129 STORE | 01/05/2007 | A9339787 ADVICE | 37.00 584.97<br>45.00 711.45 | | HOL | 8.00 | 126.48 | 1,422.90 | 83.18 OASDI<br>19.45 MEDI<br>176.84 FWT | 68.00 10-ASB189<br>7.16 11-DENTAL<br>6.06 14-VSNIND | 1,062.21 A |
| Chaudhry,Muhammad R 0603629 07129 STORE | 01/19/2007 | A9581964 ADVICE | 45.00 711.45<br>37.00 584.97 | | HOL | 8.00 | 126.48 | 1,422.90 | 83.19 OASDI<br>19.46 MEDI<br>176.84 FWT | 68.00 10-ASB189<br>7.16 11-DENTAL<br>6.06 14-VSNIND | 1,062.19 A |
| Chaudhry,Muhammad R 0603629 07129 STORE | 02/02/2007 | A9735501 ADVICE | 45.00 711.45 | | | | | 711.45 | 39.07 OASDI<br>9.14 MEDI<br>64.88 FWT | 68.00 10-ASB189<br>7.16 11-DENTAL<br>6.06 14-VSNIND | 517.14 A |

Source Legend:  K = Batch Final  L = On-line Final  O = On-line

CVS/HEND 000320
CONFIDENTIAL

Report ID: C_PAY098
Company: CYX Holiday CVS, L.L.C.
Pay Period End:02/24/2007
Pay Group    BWK Biweekly

PeopleSoft
Fulfillment Check Register

Page No. 3
Run Date 08/04/2009
Run Time 15:57:48

CVS/HEND 000321
CONFIDENTIAL

| Employee Name/ID | Form ID | Check Date | Check No. | <----- REGULAR -----> Hours | Earnings | <--- OVERTIME ---> Hours | Earnings | Type | <-------- OTHER --------> Hours | Earnings | Gross Pay | Taxes | Type | Deductions Code | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chaudhry,Muhammad R | ADVICE | | | | | | | | | | | | | | |
| 0603629 | 03/02/2007 | A2108375 | | | | | | | | | 0.00 | | | | 81.22 A |
| Dept. ID 07129 | | | | | | | | | | | | | | | |
| Business Unit STORE | | | | | | | | | | | | | | | |
| Department Total | | | 995.00 | | 15,730.95 | 0.00 | 0.00 | | 175.00 | 2,766.75 | 18,497.70 | 3,670.16 | | 925.64 | 13,901.90 1,691.48 C 12,210.42 A |
| Pay Group Total | | | 995.00 | | 15,730.95 | 0.00 | 0.00 | | 175.00 | 2,766.75 | 18,497.70 | 3,670.16 | | 925.64 | 13,901.90 1,691.48 C 12,210.42 A |
| Pay Period Total | | | 995.00 | | 15,730.95 | 0.00 | 0.00 | | 175.00 | 2,766.75 | 18,497.70 | 3,670.16 | | 925.64 | 13,901.90 1,691.48 C 12,210.42 A |
| Company Total | | | 995.00 | | 15,730.95 | 0.00 | 0.00 | | 175.00 | 2,766.75 | 18,497.70 | 3,670.16 | | 925.64 | 13,901.90 1,691.48 C 12,210.42 A |
| Grand Total | | | 995.00 | | 15,730.95 | 0.00 | 0.00 | | 175.00 | 2,766.75 | 18,497.70 | 3,670.16 | | 925.64 | 13,901.90 1,691.48 C 12,210.42 A |

Source Legend:  K = Batch Final   L = On-line Final   O = On-line

End of Report