# EXHIBIT 4

```
Report ID: C_PAY098                                    PeopleSoft                                              Page No.      60
Company:   CYX Holiday CVS, L.L.C.                Fulfillment Check Register                                   Run Date  07/31/2009
Pay Period End:08/11/2007                                                                                      Run Time  07:40:04
Pay Group  BWK Biweekly
```

| Employee Name/ID Dept. ID Business Unit | Form ID Check Date | Check No. | <---- REGULAR ----> Hours Earnings | <--- OVERTIME ---> Hours Earnings | <------ OTHER ------> Type Hours Earnings | Gross Pay | Taxes Type | Deductions Code | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| Henderson,Kristy A 0690675 00536 STORE | CHECK 05/25/2007 | 6222256 | 18.00 363.42 | | TR4 45.00 908.55 TR4 27.00 545.13 | 1,817.10 | 112.66 OASDI 26.35 MEDI 295.70 FWT | | 1,382.39 C |
| Henderson,Kristy A 0690675 00536 STORE | CHECK 06/08/2007 | 6381260 | | | HOL 9.00 161.52 TR4 37.00 747.03 TR4 45.00 908.55 | 1,817.10 | 112.66 OASDI 26.35 MEDI 295.70 FWT | | 1,382.39 C |
| Henderson,Kristy A 0690675 00536 STORE | CHECK 06/22/2007 | 6540451 | 45.00 908.55 45.00 908.55 | | | 1,817.10 | 112.66 OASDI 26.34 MEDI 295.70 FWT | | 1,382.40 C |
| Henderson,Kristy A 0690675 03400 STORE | CHECK 07/06/2007 | 6729256 | 45.00 908.55 45.00 908.55 45.00- 908.55- | | PRI 45.00 908.55 | 1,817.10 | 112.66 OASDI 26.35 MEDI 295.70 FWT | | 1,382.39 C |
| Henderson,Kristy A 0690675 03400 STORE | CHECK 07/20/2007 | 6906532 | 45.00 908.55 37.00 747.03 | | HOL 8.00 161.52 | 1,817.10 | 112.66 OASDI 26.35 MEDI 295.70 FWT | | 1,382.39 C |
| Henderson,Kristy A 0690675 03400 STORE | CHECK 08/03/2007 | 7043572 | 45.00 908.55 45.00 908.55 | | | 1,817.10 | 112.66 OASDI 26.34 MEDI 295.70 FWT | | 1,382.40 C |
| Henderson,Kristy A 0690675 03400 STORE | CHECK 08/17/2007 | 7200111 | 45.00 908.55 45.00 908.55 | | | 1,817.10 | 112.66 OASDI 26.35 MEDI 295.70 FWT | | 1,382.39 C |

```
Source Legend: X = Batch Final   L = On-line Final   O = On-line                End of Report
```

CVS/HEND 000032

```
Report ID: C_PAY099                              PeopleSoft                                    Page No.    61
Company:   CYX Holiday CVS, L.L.C.         Fulfillment Check Register                          Run Date   07/31/2009
Pay Period End:11/17/2007                                                                      Run Time   07:40:04
Pay Group  BWK Biweekly
```

| Employee Name/ID<br>Dept. ID<br>Business Unit | Form ID<br>Check Date | Check No. | <---- REGULAR ----><br>Hours   Earnings | <--- OVERTIME ---><br>Hours  Earnings | <-------- OTHER --------><br>Type   Hours   Earnings | Gross Pay | Taxes | Type | Deductions | Code | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Henderson,Kristy A<br>0690675<br>03400<br>STORE | CHECK<br>08/31/2007 | 7353449 | 45.00  908.55<br>45.00  908.55 | | | 1,817.10 | 112.66<br>26.35<br>295.70 | OASDI<br>MEDI<br>FWT | | | 1,382.39 C |
| Henderson,Kristy A<br>0690675<br>03964<br>STORE | CHECK<br>09/14/2007 | 7509006 | 37.00  747.03<br>45.00  908.55 | | HOL   8.00   161.52 | 1,817.10 | 112.66<br>26.35<br>295.70 | OASDI<br>MEDI<br>FWT | | | 1,382.39 C |
| Henderson,Kristy A<br>0690675<br>03964<br>STORE | CHECK<br>09/28/2007 | 7662275 | 45.00  908.55<br>45.00  908.55 | | | 1,817.10 | 112.66<br>26.35<br>295.70 | OASDI<br>MEDI<br>FWT | | | 1,382.39 C |
| Henderson,Kristy A<br>0690675<br>03964<br>STORE | CHECK<br>10/12/2007 | 7819125 | 36.00  726.84<br>45.00  908.55 | | SCK   9.60   181.71 | 1,817.10 | 112.66<br>26.34<br>295.70 | OASDI<br>MEDI<br>FWT | | | 1,382.40 C |
| Henderson,Kristy A<br>0690675<br>03964<br>STORE | CHECK<br>10/26/2007 | 7975427 | 45.00  908.55<br>45.00  908.55 | | | 1,817.10 | 112.66<br>26.35<br>295.70 | OASDI<br>MEDI<br>FWT | | | 1,382.39 C |
| Henderson,Kristy A<br>0690675<br>03964<br>STORE | CHECK<br>11/09/2007 | 8135295 | 45.00  908.55<br>45.00  908.55 | | | 1,817.10 | 112.66<br>26.35<br>295.70 | OASDI<br>MEDI<br>FWT | | | 1,382.39 C |
| Henderson,Kristy A<br>0690675<br>03964<br>STORE | CHECK<br>11/23/2007 | 8296045 | 10.00  201.90<br>45.00  908.55 | | HOL   8.00   161.52<br>SCK  27.00   545.13 | 1,817.10 | 112.66<br>26.35<br>295.70 | OASDI<br>MEDI<br>FWT | | | 1,382.39 C |

Source Legend:  K = Batch Final   L = On-line Final   O = On-line

End of Report

CVS/HEND 000033

```
Report ID:  C_PAY098                                   PeopleSoft                                          Page No.      62
Company:    CVX Holiday CVS, L.L.C.              Fulfillment Check Register                                Run Date  07/31/2009
Pay Period End:12/15/2007                                                                                  Run Time  07:40:04
Pay Group   BWK Biweekly

Employee Name/ID    Form ID   <----- REGULAR ----->  <--- OVERTIME --->  <--------- OTHER --------->
Dept. ID  Check Date  Check No.  Hours   Earnings    Hours  Earnings    Type  Hours  Earnings    Gross Pay    Taxes Type    Deductions Code    Net Pay
Business Unit

Henderson,Kristy A     CHECK       45.00    908.55     0.00     0.00    HOL    8.00    161.52    1,817.10    112.66 OASDI                        1,382.39 C
0690675    12/07/2007  8460640     37.00    747.03                                                             26.35 MEDI
03964                                                                                                         295.70 FWT
STORE

Henderson,Kristy A     CHECK                                            PH1            1.00          1.00      0.06 OASDI                            0.68 C
0690675    12/21/2007  8668529                                                                                 0.01 MEDI
03964                                                                                                          0.25 FWT
STORE

        Department Total           1,075.00  21,704.25    0.00    0.00           275.00    5,553.25   27,257.50   6,520.94            0.00     20,736.56 C
                                                                                                                                                20,736.56 C

        Pay Group Total            1,075.00  21,704.25    0.00    0.00           275.00    5,553.25   27,257.50   6,520.94            0.00     20,736.56 C
                                                                                                                                                20,736.56 C

        Pay Period Total           1,075.00  21,704.25    0.00    0.00           275.00    5,553.25   27,257.50   6,520.94            0.00     20,736.56 C
                                                                                                                                                20,736.56 C

        Company Total              1,075.00  21,704.25    0.00    0.00           275.00    5,553.25   27,257.50   6,520.94            0.00     20,736.56 C
                                                                                                                                                20,736.56 C

        Grand Total                1,075.00  21,704.25    0.00    0.00           275.00    5,553.25   27,257.50   6,520.94            0.00     20,736.56 C
                                                                                                                                                20,736.56 C

                                         CVS/HEND 000034

Source Legend:   B = Batch Final    L = On-line Final    O = On-line                          End of Report
```