# EXHIBIT 6

# Basic Operational Skills



**CVS**

**STORE MANAGEMENT**

**DEVELOPMENT**

**PROGRAM**

# PHASE 1

© Copyright CVS/pharmacy

**Item # 747568**
Revised 10/1/06

CVS STORE MANAGEMENT DEVELOPMENT

<u>Overview</u>

The CVS Store Management Development Program's primary objective is to provide you with the knowledge and skills you need to be successful in your current management role while also developing you for future positions within the organization.

The Program has three major components:

**PHASE 1: Basic Operation Skills**
Structured, on-the-job training (OJT) to learn basic operational skills; skills are trained and certified in a designated Phase 1 training store

**PHASE 2: Management Skills**
Combination of classroom training, self-instruction and on-the-job practice to master management skills at an individual's own pace

**PHASE 3:  Leadership skills**
Geared to Store Managers, delivered via classroom or self-paced instruction with on-the-job practice

**SMD Program Guide**

This SMD Program Guide (following this page) should be used as a reference tool while progressing through the training. It outlines the components of each of the three SMD Phases.

**OIG / Third Party Billing Compliance**

As you know, all Store Managers, Assistant Managers, as well as, all new pharmacy employees are required to complete the third Party Billing Compliance Training CD-Rom.  Effective immediately, these individuals will also be required to review the **Third Party Billing Compliance Training Addendum**, which contains updated procedures and information for Partial Fills, Returns to Stock, and Medicare Part D.

To access the Addendum on CVSLEARNet:

-Log on to www.cvslearnet.com
-Type the course code 0030 in the search field on the CVSLEARNet Homepage
-Choose Third Party Billing Compliance CBT from the course listings
-Click on the View the Third Party Billing Compliance CBT Addendum link in the Actions box

                                      © Copyright CVS/pharmacy

**CVS** **SMD PROGRAM GUIDE**

# Store Management Development (SMD)
## Program Guide



**STORE MANAGEMENT**
**DEVELOPMENT**
**PROGRAM**

**NOTE:** The information contained within this Program Guide is intended for the use of all Management Team Members as they progress through the SMD program.

This page intentionally left blank

**CVS** **SMD PROGRAM GUIDE**

# Table of Contents

Overview ....................................................................................................... 6
Training vs. Certification ................................................................................ 9
IVR ............................................................................................................... 13
Types of Training ......................................................................................... 14
Training Materials ........................................................................................ 15
Roles and Responsibilities ........................................................................... 16
CVSLEARNet ............................................................................................... 18
Curriculum Overview .................................................................................... 19
SMD Phase I – Basic Operational Skills ...................................................... 19
SMD Phase II – Management Skills .............................................................. 23
SMD Phase III – Store Manager Leadership Skills ....................................... 26
5 Week Plan ................................................................................................. 28
9 Week Plan ................................................................................................. 30
SMD Phase I  - Curriculum ........................................................................... 27
SMD Phase II – Curriculum .......................................................................... 31
SMD Phase III - Curriculum .......................................................................... 35
Appendix A - IVR Flow ................................................................................. 36
Appendix B -  IVR (Supervisor options) ........................................................ 37

This page intentionally left blank

# Overview

**Introduction**

The CVS/pharmacy Store Management Development (SMD) Program's primary objective is to provide the Learner with the knowledge and skills needed to be successful in his/her current management role while also developing him/her for future positions within the organization.

The program has three Phases:

| Phase | Topics | Components | Target Audience |
|-------|--------|-----------|-----------------|
| Phase I | Basic Operational Skills | • Structured, on-the-job training (OJT) to learn basic operational skills<br>• Skills are trained and certified in a designated Phase I training store | Assistant Store Managers and Shift Supervisors |
| Phase II | Management Skills | Mastery of management skills, at the individual's own pace, using a combination of:<br>• Classroom training<br>• Self-instruction<br>• On-the-job practice | Assistant Store Managers and Shift Supervisors |
| Phase III | Leadership Skills | Provides continued development for Store Managers, delivered via:<br>• Classroom training<br>• Self-paced instruction<br>• On-the-job practice | Store Managers |

Questions regarding the content of this Guide, or about any part of the SMD program, should be directed to your Store Manager, Phase I Trainer or Training Store Manager (TSM).

My Phase I Trainer (name): _____ Stanily _____

My TSM (name): _____

Voicemail ext: _____

Other contact information: _____

*Continued on next page*

# Overview, Continued

**The Program Guide**

This SMD Program Guide, which should be used as a reference tool while progressing through the training, outlines the components of each of the three SMD Phases, including:

- Overview of the Store Management Development (SMD) Program
- Training and Certification
  - o Process
  - o Rules
  - o Criteria
  - o Responsibilities
- Training Administration and Tracking
  - o How to use the TMS
  - o How to retrieve fax-back transcript
  - o How to call in a completion code
- CVSLEARNet
- Phase I, II and III
  - o Overview of each phase of the SMD Program
  - o Module number
  - o Module name
  - o Item number (Learner's Guides)
  - o Requirements by job-code (Shift A, Shift B, Assistant Store Manager and Store Manager)
- Timelines
  - o 5 week plan – Phase I
  - o 9 week plan – Phase I
- Roles and Responsibilities
  - o Field Management (Region Manager, District Manager, Human Resource Business Partner)
  - o Store Level colleagues (Training Store Managers, Phase I Trainers, Store Managers, Assistant Managers and Shift Supervisors)

> **NOTE:** The information contained in this program guide is considered proprietary, and therefore, should not be shared with anyone outside the CVS/pharmacy organization.

*Continued on next page*

**CVS**  SMD PROGRAM GUIDE

## Overview, Continued

**Core Values**

Every Management Team Member, regardless of where they are in their training, is expected to exhibit the CVS Core Values each and every day.  These are:
- Respect for Individuals
- Integrity
- Teamwork
- Openness to New Ideas
- Commitment to Flawless Execution
- Passion for Extraordinary Customer Service

Every Management Team Member is expected to exemplify the Core Values and demonstrate the qualities that ensure their store team perceives him/her as an effective role model and leader.

**Learner responsibilities**

It is the Learner's responsibility to:
- Be properly prepared for every training session
- Initiate the certification process within an appropriate amount of time subsequent to the training

**What SMD has to offer**

- A comprehensive approach to training and development
- The ability flexibility to tailor the program to the Learner's background, retail experience and learning style
- Utilization of a Training Management System (TMS) to track progress through the program as well as visibility to those eligible for promotional consideration
- Training occurs in a "real life" environment allowing the learner to work in the type of store he/she will be responsible for
- The Learner is, from day one in the program, a part of the existing store structure (not incremental)
- The length of time spent in training (particularly Phase I) allows the Learner to demonstrate his/her knowledge/ learning and provides stability for the Learner
- Provides development opportunities for all levels of Store Management, including Store Managers
- Utilization of progress reports throughout Phase I at intervals of every two weeks, to provide feedback and evaluation to the Learner

# Training vs. Certification

**Overview**

CVS' training programs consist of two components: training and certification. It is vital that the difference between the two be clearly understood.

**Training**

TRAINING is defined as the passing of information or knowledge from a given source to an individual.  Training lays the groundwork that allows employees to learn the skills that will make them successful.  Upon completion of training, colleagues need to apply the knowledge they have gained "on the job", in order to gain proficiency in those skills.

**Certification**

For the purpose of CVS' training programs, CERTIFICATION is defined as proficiency in a given skill or set of skills. Proficiency is demonstrated by accurately completing a skill consistently over time.  Certification is achieved through on the job practice and understanding of the concepts being applied.

Achieving a status of "certified" may require both the demonstration and explanation of the specified criteria, and may include the input of multiple people (who have observed the behavior over time).

**Transcripts**

Every CVS colleague has a transcript.  Training and certifications are logged into CVS's Training Management System (or TMS).  This system is also referred to as the IVR.  The information entered into the IVR then builds the individual's transcript, reflecting his/her training progress. See Appendices A & B for more details on the IVR system.

**Goal status**

Some modules in the SMD program require a goal status of "trained" (also known as "finished") while others require a goal status of "certified".  The goal status for each module is provided in the curriculum listings at the end of this program guide.

**CVS** **SMD PROGRAM GUIDE**

## The Certification Rules and Process

**Rules**

Certification is the Trainer/Certifier's endorsement that the Management Team Member is competent to successfully perform a particular skill. The purpose of certifying modules is to be able to guarantee that what the Team Member knows, he/she knows well!

| | Certification Rules |
|---|---|
| 1 | It is the Learner's responsibility to initiate the certification process (as outlined in the Mutual Expectations document). |
| 2 | The Management Team Member is ready to certify when he/she is confident that he/she can meet all of the certification requirements for a particular module. |
| 3 | Certification takes place only AFTER the Management Team Member has been trained and has had ample opportunity to practice the new skill on the job (i.e. the skill must be successfully demonstrated and observed independent of the initial training). |
| | **NOTE**: For Phase I, a minimum of three (3) days must pass between the date of training and the first attempt at certification. Additionally, a maximum number of days between training and certification, for Phase I, can be found at the end of this program guide. |
| 4 | No more than four (4) certifications can be completed in one day. The Trainer/Certifier must observe the successful performance of each of the certification criteria for that module in order to be considered certified in that skill. |
| 5 | The number in parenthesis following each criterion indicates the number of times that successful completion of the task must be observed (over a period of time).  If a number is not indicated, then one time is implied. |
| 6 | Once all items are completed, the Learner and the Trainer/Certifier sign and date the bottom of the page and the Certifier/Trainer must call the IVR to record the certification. |
| 7 | "De-certification" may occur if it becomes apparent that the Management Team Member is unable to perform the task to standard on a regular, consistent basis after the certification has already been called in. |
| 8 | If the Learner cannot complete all of the requirements of a particular module, the Trainer and the Learner will discuss and, together, develop an action plan. |

*Continued on next page*

# Training vs. Certification, Continued

**Curriculum certification**

Once all of the required modules within a curriculum have been completed (and are reflected as such within the individual's transcript, with the required goal status achieved), the appropriate **curriculum certification** number is called in to the IVR. By doing this, the TMS system reads the transcript as complete for that Phase of the program.

**NOTE**: Curriculum certification numbers are different for ASMs, Shift A's and Shift B's because their requirements are different.

| Curriculum Certification Numbers | | | |
|---|---|---|---|
| | SMD Phase I | SMD Phase II | SMD Phase III |
| Shift B | SM510900 | SM504997 | N/A |
| Shift A | | SM504998 | N/A |
| Assistant Manager | SM500000 | SM504999 | N/A |
| Store Manager | N/A | N/A | SM509000 |

**Pharmacy certification criteria**

Unlike the other modules within the SMD Program, the pharmacy-related modules do not contain the certification requirements as part of the training materials.  The certification criteria for the pharmacy modules can be found in:
- Forms File of the SMART system (in the Manager's Office)
- The Front Store Management page in CVSLEARNet (see page 13 for more information on our learning portal, CVSLEARNet).

Contact your Trainer if you have any questions.

*Continued on next page*

**CVS**   **SMD PROGRAM GUIDE**

## Training vs. Certification, Continued

**CBT Training**   With the exception of a few modules (HIPAA, Rx2000™ Basics, Rx2000™ – Advanced) it is the responsibility of the Trainer/ Certifier to call in the status for each module. The exception modules automatically appear with a goal status of "finished" upon completion of the course (via WBT or CBT).

| Module | Module # | Completion code called in by: |
|---|---|---|
| OIG – Third Party Billing | 0030 | Store Manager |
| HIPAA | 300100 | Self |
| Quality First | 207012 | Self |
| Rx2000 Basics | 202040 | Self |

**Assessments**   Some modules require the completion of an assessment.  These assessments are completed on the IVR phone line (see page 7).  In most cases the assessment is required for the certification to be called in.  On other cases, the assessment is all that is needed (no certification).

**Modules with IVR Assessments**

| Module | Module # | Certification is also required (y/n) |
|---|---|---|
| Photo Lab Operations | 406120 | Y |
| Send-Out Photo | 406130 | Y |
| Digital Training | 406140 | Y |
| Quality Assurance | 406160 | Y |
| Sales building | 406170 | Y |
| Lab Supervision | 406220 | Y |
| Business Account Program | 406210 | N |

# IVR

**Telephone
IVR System**

An important component of the SMD Program is having the ability to administer, track and measure the progress of the program.  The Telephone IVR System helps do this by providing a way to:

- Update an individual's transcript record for training and certifications
- Enter a completion code for CBT training
- Complete assessments
- Request on-demand  "Fax Back" reports including the individual's transcript
- Enroll in a training class

A complete list of IVR options and flowchart can be found in Appendix A of this program guide.

**CVS**   **SMD PROGRAM GUIDE**

# Types of Training

**Types of Training**

CVS recognizes that individuals have different learning styles and preferences.  Based on this, the SMD Program offers a variety of delivery methods.

| Training | Additional Information |
|---|---|
| Instructor-Led (or classroom) Training | • Conducted by a TSM or Region Expert at a designated training site<br>• Modules in SMD Phase II & III are offered as classroom trainings.  The TSM will communicate:<br>  ○ Which module/class<br>  ○ Where the class will be held<br>  ○ When the class will be held<br>• It is the Learner's responsibility to have the correct module in-hand when attending the class |
| Self-Paced | • If a class is not scheduled for a module that needs to be completed, another option is self-paced |
| **NOTE**: All Phase II & III modules can be obtained by ordering them through store supplies. Item numbers are included in the curriculum guides at the end of this Program Guide and in the Store Supply Order Guide | |
| Computer Based Training (CBT) | • CBTs can be obtained by ordering through store supplies<br>• A CD-ROM can be completed on a District Training Site PC, TSM PC or on a home computer<br>• A completion code will be provided at the end of the course, which will need to be called in to the IVR |
| Web Based Training (WBT) | • WBTs can be completed on a PC with internet connectivity using CVSLEARNet (see page 13 for details)<br>• The employee transcript will be automatically updated to reflect completion of the WBT |
| **NOTE**: Completion of CBT or WBT does not equate to certification. Demonstration and/or explanation of the appropriate certification criteria is still required. | |

# Training Materials

**Overview**

The materials necessary for your SMD training can be easily obtained. In fact, some may already be in your store. Others will have to be ordered specifically for you. Those that are ordered for you are yours to keep...take notes in them, jot down questions to ask your trainer as you're reading through them, etc.

**SMD Phase I**

The majority of Phase I is trained from the SMD Phase I binder insert, which is orderable from the store supplies with your store's regular order. This insert contains 46 of the required Phase I modules.

In addition to the Phase I insert, there is also a series of Pharmacy modules, which must be ordered separately (see page 17).

The Photo materials required for Phase I can be found in your store's photo lab (or, if a send-out store, in your Send-Out Binder). These materials are shared by all who train in photo in your store.

**SMD Phase II & III**

The materials for Phases II & III are comprised of many individual modules and must be ordered separately from store supplies. The item numbers for each of these modules is included in the curriculum listings at the back of the program guide.

As stated previously, any Photo materials required for your training can be found in your photo lab (or, if a send-out store, in your Send-Out Binder).

**CVS   SMD PROGRAM GUIDE**

# Roles and Responsibilities

**Roles /
Responsibilities**

| Role | Responsibilities |
|---|---|
| **Region Manager** | • Partner with the HRBP to ensure the success of the program<br>• Work with the HR Directors and DMs to identify and support Phase I Trainers and TSMs |
| **Area HR Director** | • Partner with the RM to ensure the success of the program<br>• Work with area HRBPs to identify and support Phase I Trainers and TSMs<br>• Assist in identifying regional training needs; communicate to HRBPs/TSMs for proper class scheduling |
| **District Manager** | • Identify and support Phase I Trainers and training stores within their district<br>• Work with the HRBP to identify and support TSMs<br>• Monitor and react to TMS reporting on a regular basis<br>• Support/select Store Managers/Phase I Trainers in termination decisions/discussions |
| **HR Business Partner** | • Work with DMs to identify and support Phase I Trainers/TSMs<br>• Assist in identifying regional training needs; communicate to TSMs for proper class scheduling<br>• Assist TSMs in coordinating experts for Phase II/III class delivery<br>• Support/select Store Managers/Phase I Trainers in termination decisions/discussions |
| **Training Store Manager** | • Maintains dual responsibility of Manager (35%) and Trainer (65%)<br>• Coordinates training of Phase II/III skills, is primary instructor<br>• Monitor and react to TMS on a regular basis<br>• Meet with new ASM during first week of hire<br>• Conduct TTT sessions and ongoing development of Phase I Trainers<br>• Coordinate with region experts to conduct Phase II/III seminars<br>• Certify ASMS in select Phase II modules<br>• Certify SMs in all Phase III modules<br>• Attend District Meetings on a regular basis & region meetings as necessary<br>• Establish and maintain open lines of communication with the HRBP, DM, Store Managers and Training Dept.<br>• Maintain responsibility for the running of the store<br>• Monitor the information contained in the training materials for Phases I, II and III and communicate the need for any revisions to the Training Dept.<br>• Assist in the SMD revision process, as needed<br>• Coach ASMs as necessary |

*Continued on next page*


# Roles and Responsibilities, Continued

**Roles / Responsibilities (continued)**

| Role | Responsibilities |
|---|---|
| **Phase I Trainers** | • Conduct the SucceSSS orientation for all new ASM hires assigned to their store<br>• Train and certify all Phase I Basic Operational Skills; utilize TMS to track completion<br>• Monitor and react to TMS on a regular basis<br>• Coach and counsel ASMs up to and including termination, if necessary<br>• Monitor information contained in the Phase I training materials and communicate the need for any revisions to the Training Dept.<br>• Establish and maintain open lines of communication with the DM, TSM and other Store Managers in the district<br>• Manage own personal development in addition to that of others |
| **Pharmacy Trainer** | • Conduct Instructor-Led training for select pharmacy modules throughout all three Phases of SMD<br>• Communicate upcoming class schedules to District Managers, Training Store Managers and Store Managers<br>• Work with the District Manager and Training Store Manager to identify District training needs and plans to address them |
| **Store Manager** | • Attend Phase III seminars<br>• Practice and certify in all Phase III Leadership skills<br>• Certify ASMs in select Phase II skills; utilize TMS to track completion<br>• Coach & counsel ASMs as necessary<br>• Manage own personal development in addition to that of others<br>• Develop store schedules that allow Assistant Managers and Shift Supervisors to complete training/practice, within the required timeframes for applicable modules, to achieve certification<br>• Model the behavior that supports a positive and product working relationship between front store and pharmacy |
| **Assistant Manager & Shift Supervisor** | • TRAIN, PRACTICE and CERTIFY in all Phase I Basic Operational Skills prior to beginning Phase II<br>• Participate in Phase II seminars on a regular basis<br>• Train, practice and certify in Phase II Management Skills prior to beginning Phase III (ASMs only)<br>• Utilize TMS to monitor progress through the program<br>• Manage own personal development |

**SMD PROGRAM GUIDE**

# CVSLEARNet

| Overview | CVSLEARNet is a space where all CVS colleagues can communicate, learn, collaborate and teach.  It is available at anytime, from any PC with Internet access, for any length of time and any number of times. |
|---|---|



To Login:

| Step | Action |
|---|---|
| 1 | Open your browser and type:  https://www.cvslearnet.com |
| 2 | Press **ENTER** on the keyboard |
| 3 | Type your 7-digit **Employee ID #** in the field provided |
| 4 | Type your **Password** in the field provided |
| **NOTE:** On your first visit to CVSLEARNet, your password will be the last 4-digits of your Social Security Number.  The first time you login to CVSLEARNet, you will be asked to change your password. | |
| 5 | Click the **Login** button |
| **Login In Failure:**  After three failed attempts to login, your account is temporarily locked.  Wait 2 minutes and try to login again.  If you still cannot login, you will need to reset your password.  Click the Reset Password link and follow the instructions. If you do get locked out completely, call the IS Help Desk for assistance 1-866-528-7272. | |

**Locating a course within CVSLEARNet**

There are many ways to locate a course within CVSLEARNet.

| Method | Instructions |
|---|---|
| Search | • From the CVSLEARNet Home Page (My CVS), enter a course code (or "SMD" for an SMD module) in the SEARCH field and then click **SEARCH** |
| My Learning | • Click on **My Learning**<br>• Click on **My Curriculum**<br>• Locate the training desired and click on the course code<br>• Click **Launch Course** in the **Actions Box** |
| **NOTE**:  Not all courses are launchable.  For example, all SMD module workbooks are available from CVSLEARNet.  Some, but not all, of them are available as WBTs. | |
| Find Training | • Click on the **Find Training** tab<br>• Enter a course code or key word in the **Search** field and then click **Find** |

# Curriculum Overview

## SMD Phase I – Basic Operational Skills

**Overview**

Phase I is the structured training of basic operational skills, using the on-the-job training process of:
- Explanation
- Demonstration
- Application, and
- Follow-up

Phase I does not complete the Learner's training and education, but rather provides him/her with a consistent foundation for future training and development.

At the completion of the Phase I program, the Learner will be able to organize, coordinate and perform a variety of tasks on a daily basis at the competency level of his/her current Management level (Assistant Manager, Shift Supervisor A, or Shift Supervisor B).

**Trainers**

Phase I Trainer is the primary trainer and certifier for Assistant Managers going through SMD Phase I. Only one Phase I Assistant (i.e. an Assistant actively completing the Phase I Program) should be assigned to a Phase I store at any time.

Store Managers are the primary trainers and certifiers for Shift Supervisors going through SMD Phase I.

Pharmacy Trainer arranges, conducts and supports Pharmacy-related training in Phase I.

*Continued on next page*

**CVS**  **SMD PROGRAM GUIDE**

# SMD Phase I – Basic Operational Skills, Continued

**Duration**   The amount of time it takes an individual to complete the Phase I program varies, depending on:
- The experience and existing competencies of the individual
- Any possible business constraints in exception situations

"Completion" of the program is defined as:
1. Having achieved the goal status for each required module
2. Call-in of the curriculum certification

As a general rule, the following timelines may be applied:

|  | Position | | |
|---|---|---|---|
|  | **ASM** | **Shift A** | **Shift B** |
| Time to complete Phase I | up to 10 weeks from date of hire* | up to 6 months from date of hire | 6-9 months from date of hire |

\* Two different training plans are available for use as a guide in scheduling training & completing certifications.  See page 23-26 for more details on the 5 & 9 week plans.

No Assistant Manager is removed from the Phase I training store until completion of Phase I. After completing Phase I, Phase II training begins.

**Approach**   Assistant Managers join the store as a member of the store's Management Team. Upon hire, Assistant Managers immediately begin the Phase I program and are expected to perform management level responsibilities & functions as they are trained.  At a minimum, a new Assistant Manager should be able to open and close the store by the end of their third week with CVS.

The Phase I Trainer is responsible for:
- Conducting the training
- Completing the certification for all of the Phase I modules
- Logging certifications into the IVR system
- Regular completion of progress reports (see next page)

The Learner is responsible for:
- Being properly prepared for every training session
- Initiating the certification process

*Continued on next page*

# SMD Phase I – Basic Operational Skills, Continued

**Mutual Expectations**

The Mutual Expectations document clearly states what is expected of both the Learner and CVS.  It is signed and retained in the Learner's personnel folder. The Mutual Expectations document can be found in the Manager's Office (SMART system/Forms File) and in LEARNet.

**Progress report**

The progress report is a tool used to evaluate and discuss with an Assistant Manager his/her progress in the program.
- The Phase I Trainer and Assistant Manager each complete their own copy of the progress report, 1 to 2 days before the review
- The progress report must be completed, at a minimum, every two weeks, until the Phase I certifications are complete
- Upon request, progress reports will be faxed to Field Management for review
- Blank progress reports can be found in Forms File or on the Front Store Management page in LEARNet

**Payroll**

- The SMD program allows each new Assistant Store Manager to be paid up to 135 hours, using payroll code TR4, from training payroll
- The use of the TR4 hours should be based on the time spent actually training (rather than time spent performing store-related functions)
- The 5 & 9 week plans, provide suggestions on which modules should be trained each week AND how many TR4 hours should be charged for each week

If the number of hours submitted for an individual exceeds the 135 hours, those hours will be charged to the store.

Training hours for Shift Supervisors are paid out of the store's budgeted hours.

*Continued on next page*

**CVS** **SMD PROGRAM GUIDE**

## SMD Phase I – Basic Operational Skills, Continued

**Materials**

The checklist below can be used to ensure that all necessary tools and materials are available.

| Item | Item # | √ On-hand |
|------|--------|-----------|
| SMD Phase I Insert | 747568 | |
| 3" Binder, or | 964577 | |
| 4" Binder | 301758 | |
| Progress Report | Forms File | |
| Mutual Expectations sign-off | Forms File | |
| OIG – Third Party Billing Compliance | 185584 | |
| HIPAA | 213672 | |
| Intro to Pharmacy | 335766 | |
| RX Workflow/ Work station | 335822 | |
| Rx Register | 335771 | |
| Customer Service | 335777 | |
| Basic Rx Maintenance | 335782 | |
| Intro to Rx2000 | 335785 | |
| Rx2000 Basics | 237232 | |
| Prescr. Production | 335788 | |
| Putting Quality First | 335806 | |
| Drive Thru | 335789 | |
| Photo Training Binder insert | Found in your photo lab or your Send-Out binder | |
| Photo Training video | | |
| Photo Send-Out Binder insert | | |
| Photo Digital Training video | | |
| Photo Lab Supervision workbook | | |
| Photo Business Account binder | | |
| Photo Business Account video | | |

# SMD Phase II – Management Skills

**Overview**   Phase II, which addresses Manager competencies & business needs (e.g. coach/counsel), picks up where Phase I leaves off.  The OJT (on-the-job) training approach is combined with classroom or self-paced instruction in Phase II.

The Management Team Member going through Phase II assumes greater responsibility and accountability for their own development towards Store Manager.  Phase II is "learner-controlled"; the Learner controls the pace and direction of their training within the program's guidelines.  As a result, all training modules have been designed for either classroom or self-paced delivery.

**Trainer**   The Training Store Manager (TSM) is the primary instructor for Phase II, with the help of various Region Experts.

**Duration**   • Phase I should be completed <u>prior</u> to beginning Phase II of the SMD program

• Phase II completion is required for an Assistant Manager to be considered eligible for promotion to Store Manager

| Length of Time to Complete Phase II, by Position | | |
|---|---|---|
| **ASM** | **Shift A** | **Shift B** |
| Determined by:<br>• Experience and competencies of the Learner<br>• Goals established with the District Manager and Store Manager<br>• Possible business constraints in exception situations | 12-18 months with the actual time depending on:<br>• Experience and competencies of the Learner<br>• Number of hours worked<br>• Goals established with the Store Manager<br>• Possible business constraints in exception situations | 18 months with the actual time depending on:<br>• Experience and competencies of the Learner<br>• Number of hours worked<br>• Goals established with the Store Manager<br>• Possible business constraints in exception situations |

*Continued on next page*

**CVS** **SMD PROGRAM GUIDE**

# SMD Phase II – Management Skills, Continued

**Approach**

As a general rule, one Phase II class is conducted every week.
But the actual number of classes, how often they are held and which modules are trained will vary, depending on the needs of the market.

The TSM is responsible for:
- Conducting and/or coordinating the training of the SMD Phase II modules
- Sharing the certification responsibility for the Phase II modules with the Store Manager
- Logging certifications into the IVR system

The Learner is responsible for:
- Being properly prepared for every training session
- Initiating the certification process

It is the Store Manager's responsibility to:
- Allow the Learner to practice the skill that has been just learned
- Complete the certification process with his/her ASM or Shift Supervisor

**Skills**

> **NOTE:** While the TSM is the primary instructor, the certification process for Assistant Managers is a dual responsibility between the Store Manager and Training Store Manager. This is clearly outlined within the last column of the Phase II curriculum listing (page 29-32)

The number of Phase II modules required will vary, depending on the:
- Photo Lab status of the Learner's store
- Individual's job code (see the Phase II curriculum listing for a breakdown of which modules are required for which job codes)

*Continued on next page*

## SMD Phase II – Management Skills, Continued

**Materials**       Most modules within Phase II have a module-specific Learner's guide, which can be ordered through the Store Supply Order Guide.  Item numbers for each of the Learner's Guides can be found:
- o   On the curriculum listings at the end of this Program Guide
- o   In the Store Supply Order Guide (Forms File Cabinet of the SMART system, located in the Manager's Office)
- o   In CVSLEARNet

In addition, the following Phase II modules are also available via WBT (web-based training) through CVSLEARNet:

| WBTs | |
|---|---|
| Module Name | Module Number |
| Build & Motivate a Store Team | 507800 |
| Coach & Counsel | 507200 |
| Conducting Performance Reviews | 507300 |
| Disagreement & Conflict Resolution | 508000 |
| Delegation | 505400 |
| Voluntary/Involuntary Terminations | 507400 |
| Introduction to Initiative | 505900 |
| Time Management | 505500 |

**CVS   SMD PROGRAM GUIDE**

# SMD Phase III – Store Manager Leadership Skills

| | |
|---|---|
| **Overview** | Even after promotion to Store Manager, training and development continues. SMD Phase III, which is designed specifically for Store Managers and focuses on leadership skills, uses the combination of OJT and classroom or self-paced instruction. |
| | In Phase III training, the Store Manager is responsible and accountable for his/her own development.  Phase III is "learner-controlled"; the Store Manager controls the pace and direction of their own training within the program's guidelines.  As a result, all training modules have been designed for either classroom delivery or self-study. Two modules are available as web-based trainings (WBTSs), listed on the next page. |
| **Trainer** | The Training Store Manager (TSM) is the primary instructor for Phase III, with the help of various Region Experts. |
| **Duration** | • Phase III is designed for Store Managers<br>• Phase II should be completed prior to beginning Phase III<br><br>The length of time required to complete Phase III will be determined by:<br>• Experience and competencies of the Store Manager<br>• Goals established with your District Sales Manager<br>• Possible business constraints in exception situations |

*Continued on next page*

# SMD Phase III – Store Manager Leadership Skills, Continued

**Approach**

As a general rule, one Phase III class is conducted every month. However, the number of classes, how often they are held and which modules will be trained will vary, depending on the needs of the market.  The TSM is the primary instructor and certifier for all Phase III modules.

The TSM is responsible for:
- Conducting and/or coordinating the training of the SMD Phase III modules
- Completing the certification for all of the Phase III modules

The Store Manager is responsible for:
- Being properly prepared for every training session
- Initiating the certification process

**Skills**

The number of Phase III modules required will vary, depending on the Photo Lab status of the Store Manager's store.

**Materials**

Most modules within Phase III has a module-specific Learner's guide, which can be ordered through the Store Supply Order Guide.  Item numbers for each of the Learner's Guides can be found:
- In the curriculum listing of this Program Guide
- In the Store Supply Order Guide (Forms File Cabinet of the SMART system, located in the Manager's Office)
- In CVSLEARNet

**WBTs**

The following Phase II modules are also available via WBT (web-based training), through our on-line learning portal, CVSLEARNet:

| WBTs | |
|---|---|
| Module Name | Module Number |
| Employee and Personal Accountability | 510500 |
| Stress Management | 509900 |

**CVS** SMD PROGRAM GUIDE

## 5 Week Plan

| | Module # | Module Name | Max days between training & cert. | TR4 Hours |
|---|---|---|---|---|
| | | **Guidelines for 5-week Plan** | | |
| Week One | 500100 | SucceSSS | 14 | |
| | 500200 | Check Acceptance | 7 | |
| | 500300 | Traveler's Checks | 7 | |
| | 500400 | Rebates | 7 | |
| | 500500 | Rainchecks | 7 | |
| | 500600 | Term. Maintenance | 7 | |
| | 500700 | Refunds | 7 | |
| | 500800 | Mgr Voids | ✓ 7 | |
| | 500900 | Employee Disc. | 7 | |
| | 502000 | Cashier Verification | 14 | |
| | 0030 | OIG | NA ✓ | |
| | 300100 | HIPAA | NA ✓ | |
| | 201010 | Intro to Pharmacy * | 7 | |
| | 250450 | Rx Wkflow/Wkstation* | 7 | |
| | TOTAL | | | 27 |
| Week Two | 501300 | DSD | ✓ 14 | |
| | 501800 | Imprest | ✓ 14 | |
| | 501900 | Turn-in/Deposit | ✓ 14 | |
| | 502100 | Randoms | ✓ 7 | |
| | 502200 | Paidouts | 14 | |
| | 502300 | Opening the Store | ✓ 14 | |
| | 502400 | Closing the Store | ✓ 14 | |
| | 502900 | Alarm System | 7 | |
| | 503700 | Store Walkthrough | 7 | |
| | 504200 | RF Unit | 7 | |
| | 201020 | Rx Register | 7 | |
| | 201030 | Customer Service | 7 | |
| | 201040 | Basic Rx Maintenance | 7 | |
| | TOTAL | | | 30 |
| Week Three | 502500 | Payroll | 21 | |
| | 503000 | LP- Internal | 7 | |
| | 503100 | LP - External | 7 | |
| | 503200 | EAS | 7 | |
| | 503300 | Excess Stock | 21 | |
| | 503410 | Rec/Check-in Deliv. | 21 | |
| | 503510 | FSI | 21 | |
| | 504600 | Pricing | 7 | |
| | 201050 | Intro to Rx2000 | ** | |
| | 202040 | Rx2000 Basics | ** | |
| | TOTAL | | | 24 |

*Continued on next page*

# 5 Week Plan, Continued

| | Module # | Module Name | Max # days between training and cert. | TR4 Hours |
|---|---|---|---|---|
| | | **Guidelines for 5-week Plan** (continued) | | |
| Week Four | 501200 | Item Mgmt | 14 | |
| | 501400 | Sale Up/Down | 21 | |
| | 501500 | Price Changes | 7 | |
| | 501600 | Discontinued | 21 | |
| | 502800 | MU/MD | 14 | |
| | 503600 | Signing | 14 | |
| | 504300 | Backroom Org. | 7 | |
| | 504500 | RFCs | 21 | |
| | 202020 | Presc. Production | 7 | |
| | 207012 | Putting Qual, First | 7 | |
| | 406110 | OSHA | 7 | |
| | 406120 | Photo Lab Operations | 7 | |
| | TOTAL | | | 30 |
| Week Five | 501700 | Planograms | 21 | |
| | 502600 | Key Recs | 7 | |
| | 503800 | In-Store Repair | 7 | |
| | 503900 | New Items | 21 | |
| | 504000 | Office Org | 7 | |
| | 504100 | Accident Reports | 7 | |
| | 504400 | Dated Mdse | 7 | |
| | 202100 | Drive Thru | 7 | |
| | 406130 | Send-Out Photo | 7 | |
| | 406140 | Digital Photo Training | 7 | |
| | TOTAL | | | 24 |
| | | | | 135 |

\* - these modules are self -paced and require no one-on-one time with a trainer

\*\* - these modules have a goal status of "trained", certification is not required

**CVS** SMD PROGRAM GUIDE

# 9 Week Plan

| | Module # | Module Name | Max # days between training and cert. | TR4 Hours |
|---|---|---|---|---|
| | | **Guidelines for 9-week Plan** | | |
| Week One | 500100 | SucceSSS | 14 | |
| | 500200 | Check Acceptance | 7 | |
| | 500300 | Traveler's Checks | 7 | |
| | 500400 | Rebates | 7 | |
| | 500500 | Rainchecks | 7 | |
| | 500700 | Refunds | 7 | |
| | 500800 | Mgr Voids | 7 | |
| | 500900 | Employee Disc. | 7 | |
| | 0030 | OIG | NA | |
| | 300100 | HIPAA | NA | |
| | 201010 | Intro to Pharmacy * | 7 | |
| | 250450 | Rx Workflow/Workstation* | 7 | |
| | TOTAL | | | 27 |
| Week Two | 501800 | Imprest | 14 | |
| | 501900 | Turn-in/Deposit | 14 | |
| | 502000 | Cashier Verification | 14 | |
| | 502400 | Closing the Store | 14 | |
| | 502900 | Alarm System | 7 | |
| | 201020 | Rx Register | 7 | |
| | 201030 | Customer Service | 7 | |
| | 201040 | Basic Rx Maintenance | 7 | |
| | TOTAL | | | 30 |
| Week Three | 500600 | Term. Maintenance | 7 | |
| | 501300 | DSD | 14 | |
| | 502100 | Randoms | 7 | |
| | 502200 | Paidouts | 14 | |
| | 502300 | Opening the Store | 14 | |
| | 503000 | LP- Internal | 7 | |
| | 503100 | LP - External | 7 | |
| | 503700 | Store Walkthrough | 7 | |
| | 504200 | RF Unit | 7 | |
| | TOTAL | | | 18 |
| Week Four | 502500 | Payroll | 21 | |
| | 503200 | EAS | 7 | |
| | 503410 | Rec/Check-in Deliv. | 21 | |
| | 503510 | FSI | 21 | |
| | 201050 | Intro to Rx2000 | ** | |
| | 202040 | Rx2000 Basics | ** | |
| | TOTAL | | | 12 |

*Continued on next page*

# 9 Week Plan, Continued

| Guidelines for 9-week Plan (continued) | | | | |
|---|---|---|---|---|
| | Module # | Module Name | Max # days between training and cert. | TR4 Hours |
| Week Five | 501500 | Price Changes | 7 | |
| | 501600 | Discontinued | 21 | |
| | 502800 | MU/MD | 14 | |
| | 503300 | Excess Stock | 21 | |
| | 504600 | Pricing | 7 | |
| | 202020 | Presc. Production | 7 | |
| | 207012 | Putting Qual, First | 7 | |
| | 406110 | OSHA | 7 | |
| | 406120 | Photo Lab Operations | 7 | |
| | TOTAL | | | 12 |
| Week Six | 501200 | Item Mgmt | 14 | |
| | 501400 | Sale Up/Down | 21 | |
| | 503600 | Signing | 14 | |
| | 504500 | RFCs | 21 | |
| | 202100 | Drive Thru | 7 | |
| | 406130 | Send-Out Photo | 7 | |
| | 406140 | Digital Photo Training | 7 | |
| | TOTAL | | | 9 |
| Week Seven | 501700 | Planograms | 21 | |
| | 503900 | New Items | 21 | |
| | TOTAL | | | 9 |
| Week Eight | 502600 | Key Recs | 7 | |
| | 503800 | In-Store Repair | 7 | |
| | 504400 | Dated Mdse | 7 | |
| | TOTAL | | | 9 |
| Week Nine | 504000 | Office Org | 7 | |
| | 504100 | Accident Reports | 7 | |
| | 504300 | Backroom Org. | 7 | |
| | TOTAL | | | 9 |

\* - these modules are self-paced and require no one-on-one time with a trainer

\*\* - these modules have a goal status of "trained", certification is not required

# SMD Phase I - Curriculum

**NOTE:** see page 17 for a listing of Phase I item numbers

| Skill # | Module | Module # | Transcript goal status | Shift B | Shift A | ASM | Date Trained | Week trained 5 wk plan | Week trained 9 wk plan | Max days between training/cert | Date Certified |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SuccesSS for Management | SM500100 | C | X (o/c) | X (o/c) | X | | 1 | 1 | 14 | |
| 2 | Check Acceptance | SM500200 | C | X (o/c) | X (o/c) | X | | 1 | 1 | 7 | |
| 3 | Traveler's Checks | SM500300 | C | X (o/c) | X (o/c) | X | | 1 | 1 | 7 | |
| 4 | Manufacturer's Rebates | SM500400 | C | X (o/c) | X (o/c) | X | | 1 | 1 | 7 | |
| 5 | Rainchecks | SM500500 | C | X (o/c) | X (o/c) | X | | 1 | 1 | 7 | |
| 6 | Terminal Maintenance | SM500600 | C | X (o/c) | X (o/c) | X | | 1 | 3 | 7 | |
| 7 | Refunds | SM500700 | C | X (o/c) | X (o/c) | X | | 1 | 1 | 7 | |
| 8 | Manager Voids | SM500800 | C | X (o/c) | X (o/c) | X | | 1 | 1 | 7 | |
| 9 | Employee Disc | SM500900 | C | X (o/c) | X (o/c) | | | 1 | 1 | 7 | |
| 10 | **NOTE:** The photo curriculum required is dependent upon the Lab/Non-Lab status of your current store. Non-Lab stores must complete: Send-Out Photo Lab Stores must complete: OSHA, Photo Lab Operations, Send-Out Photo and Digital Training Training materials are be found in the Photo area (non-Lab: Send-Out Photo binder; Lab stores: Photo Lab training binder) | | | | | | | | | | |
| | OSHA | 406110 | C | X | X | X | | 1 | 1 | 7 | |
| | Photo Lab Operations* | 406120 | C | X | X | X | | 1 | 1 | 7 | |
| | Send-Out Photo* | 406130 | C | X | X | X | | | | 7 | |
| | Digital Training* | 406140 | C | X | X | X | | | | 7 | |

* denotes modules that require the completion of an IVR assessment prior to certification

X (o/c)– denotes modules that are required of Shift Supervisors prior to being able to open or close the store

Continued on next page

# SMD Phase I - Curriculum, Continued

| Skill # | Module | Module # | Transcript goal status | Shift B | Shift A | ASM | Date Trained | Week trained 5 wk plan | Week trained 9 wk plan | Max days between training/cert | Date Certified |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | Pharmacy | | | | | | | | | | |
| | OIG* | 0030 | F | X | X | X | | 1 | 1 | NA | |
| | HIPAA* | 300100 | F | X | X | X | | 1 | 1 | NA | |
| | Intro to Pharmacy | 201010 | C | X | X | X | | 1 | 7 | 7 | |
| | RX Workflow/ Work station | 250450 | C | | | X | | 1 | 1 | 7 | |
| | Rx Register | 201020 | C | X | X | X | | 2 | 1 | 7 | |
| | Customer Service | 201030 | C | X | X | X | | 2 | 2 | 7 | |
| | Basic Rx Maintenance | 204040 | C | X | X | X | | 2 | 2 | 7 | |
| | Intro to Rx2000 | 201050 | F | | | X | | 3 | 4 | NA | |
| | Rx2000 Basics | 202040 | F | | | X | | 3 | 4 | NA | |
| | Prescr. Production | 202020 | C | X | X | X | | 4 | 5 | 7 | |
| | Putting Quality First | 207012 | C | | | X | | 4 | 5 | 7 | |
| | Drive Thru | 202100 | C | X | X | X | | 4 | 6 | 7 | |
| 12 | Item Mgmt | SM501200 | C | X | X | X | | 4 | 6 | 14 | |
| 13 | Direct Store Delivery (DSD) | SM501300 | C | X (o/c) | X (o/c) | X | | 2 | 3 | 14 | |
| 14 | Sale up/Down | SM501400 | C | X | X | X | | 4 | 6 | 21 | |
| 15 | Price Changes | SM501500 | C | X | X | X | | 4 | 5 | 7 | |

* denotes modules that require the completion of an IVR assessment prior to certification

X (o/c)– denotes modules that are required of Shift Supervisors prior t being able to open or close the store

Continued on next page

# SMD Phase I - Curriculum, Continued

| Skill # | Module | Module # | Transcript goal status | Shift B | Shift A | Assistant Manager | Date Trained | Week trained 5 wk plan | Week trained 9 wk plan | Max days between training/cert | Date Certified |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | Discontinued Items | SM501600 | C | X | X | X | | 4 | 5 | 21 | |
| 17 | Planograms | SM501700 | C | X | X | X | | 5 | 7 | 21 | |
| 18 | Imprest Fund | SM501800 | C | X (o/c) | X (o/c) | X | | 2 | 2 | 14 | |
| 19 | Turn Ins/Deposits | SM501900 | C | X (o/c) | X (o/c) | X | | 2 | 2 | 14 | |
| 20 | Terminal Verif. | SM502000 | C | X (o/c) | X (o/c) | X | | 1 | 2 | 21 | |
| 21 | Random Verif. | SM502100 | C | X (o/c) | X (o/c) | X | | 2 | 3 | 7 | |
| 22 | Paidouts/Special Receipts | SM502200 | C | X (o/c) | X (o/c) | X | | 2 | 3 | 14 | |
| 23 | Opening the Store | SM502300 | C | X (o/c) | X (o/c) | X | | 2 | 3 | 14 | |
| 24 | Closing the Store | SM502400 | C | X (o/c) | X (o/c) | X | | 2 | 2 | 14 | |
| 25 | Payroll | SM502500 | C | X | X | X | | 3 | 4 | 21 | |
| 26 | Key Recs | SM502600 | C | X | X | X | | 5 | 8 | 7 | |
| 27 | (empty) | | | | | | | | | | |
| 28 | Markup/Markdown | SM502800 | C | X | X | X | | 4 | 5 | 14 | |
| 29 | Alarm System | SM502900 | C | X (o/c) | X (o/c) | X | | 2 | 2 | 7 | |
| 30 | LP – Internal | SM503000 | C | X (o/c) | X (o/c) | X | | 3 | 3 | 7 | |
| 31 | LP– External | SM503100 | C | X (o/c) | X (o/c) | X | | 3 | 3 | 7 | |
| 32 | EAS | SM503200 | C | X (o/c) | X (o/c) | X | | 3 | 4 | 7 | |

* denotes modules that require the completion of an IVR assessment prior to certification

X (o/c) – denotes modules that are required of Shift Supervisors prior t being able to open or close the store

Continued on next page

# SMD Phase I - Curriculum, Continued

| Skill # | Module | Module # | Transcript goal status | Shift B | Shift A | Assistant Manager | Date Trained | Week trained 5 wk plan | Week trained 9 wk plan | Max days between training/cert | Date Certified |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 33 | Excess Stock | SM503300 | C | X | X | X | | 3 | 5 | 21 | |
| 34 | Rec & Checking-In Delivery | SM503400 | C | X | X | X | | 3 | 4 | 21 | |
| 35 | FS Initiative | SM503510 | C | X | X | X | | 3 | 4 | 21 | |
| 36 | Signing | SM503600 | C | X | X | X | | 4 | 6 | 14 | |
| 37 | Store Walk-thru | SM503700 | C | X | X | X | | 2 | 3 | 7 | |
| 38 | Handling In-Store Repairs | SM503800 | C | X | X | X | | 5 | 8 | 7 | |
| 39 | New Items | SM503900 | C | X | X | X | | 5 | 7 | 21 | |
| 40 | Office Org/ Comm | SM504000 | C | X | X | X | | 5 | 9 | 7 | |
| 41 | Accident Reports/ Product Contam. | SM504100 | C | X (o/c) | X (o/c) | X | | 5 | 9 | 7 | |
| 42 | RF Unit | SM504200 | C | X | X | X | | 2 | 3 | 7 | |
| 43 | Backroom Org. | SM504300 | C | X | X | X | | 4 | 9 | 7 | |
| 44 | Dated Mdse | SM504400 | C | X | X | X | | 5 | 8 | 7 | |
| 45 | RFC Preparation | SM504500 | C | X | X | X | | 4 | 6 | 21 | |
| 46 | Pricing Mdse | SM504600 | C | X | X | X | | 3 | 5 | 7 | |
| | Phase I Curriculum Certification | SM500000 | C | Enter into TMS after all individual Phase I certifications have been entered | | | | | | | |

\* denotes modules that require the completion of an IVR assessment prior to certification

X (o/c) – denotes modules that are required of Shift Supervisors prior to being able to open or close the store

## SMD Phase II – Curriculum

Photo curriculum required is dependent upon the Lab/Non-Lab status of your current store.

Non-Lab stores must complete: Sales Building

Lab Stores must complete: Equipment Operations, Quality Assurance and Sales Building

| Module | Module # | Item # | Transcript goal status | Shift B | Shift A | ASM | Date Trained | Date Certified | Certified By |
|---|---|---|---|---|---|---|---|---|---|
| Photo – Sales Building* | 406170 | | C | X | X | X | | | TSM, SM or RCS |
| Equipment Operations (complete only the module that corresponds with your store's current equipment) | 406151 406152 406153 406154 | | C F C F | | | Dependent upon whether store is photo lab or send-out | | | TSM, SM or RCS |
| Quality Assurance* | 406160 | | C | | | | | | TSM, SM or RCS |
| Implementing SkiLL | SM505000 | 792085 | C | X*** | X*** | X | | | SM |
| Writing Schedules | SM505100 | 167884 | C | | X | X | | | SM |
| Order Seasonally Related Mdse | SM505200 | 170007 | C | | X | X | | | TSM |
| Implementing SuccesSSS | SM505300 | 166343 | C | | X | X | | | SM |
| Delegation | SM505400 | 908111 | C | X | X | X | | | SM |
| Time Management | SM505500 | 592295 | C | X | X | X | | | SM |
| On-the-Job Training | SM505600 | 592295 | C | X*** | X*** | X | | | TSM |

* denotes modules that require the completion of an IVR assessment prior to certification

** denotes those modules that are optional for Shift Supervisors

*** denotes that attendance at Phase II classes for these modules is recommended

31

Continued on next page

# SMD Phase II – Curriculum, Continued

| Module | Module # | Item # | Transcript goal status | Shift B | Shift A | ASM | Date Trained | Date Certified | Certified By |
|---|---|---|---|---|---|---|---|---|---|
| Internal/External LP | SM505800 | 170003 | C | X*** | X*** | X | | | TSM |
| Intro to Initiative | SM505900 | 169999 | C | X*** | X*** | X | | | SM |
| Recruit/Interview/Hire | SM506000 | 164673 791848 791855 | C | | X*** | X | | | SM |
| Intro to Inv. Activity Reports | SM506100 | 167834 | C | | X | X | | | TSM |
| Managing Across Difference | SM506200 | 170018 | C | X*** | X*** | X | | | TSM |
| Preventing Workplace Harassment | SM506300 | 791871 | C | X | X | X | | | SM |
| Communicate Effectively | SM506400 | 166440 | C | X | X | X | | | SM |
| Managing with a Union (Union stores) OR Managing without a Union (non-union stores) | SM506500 | 170010 | C | | | X | | | SM |
| | SM507700 | 691857 | | | | | | | |
| Off-Shelf Merchandising | SM506600 | 241323 | C | | X | X | | | SM |

* denotes modules that require the completion of an IVR assessment prior to certification
** denotes those modules that are optional for Shift Supervisors
*** denotes that attendance at Phase II classes for these modules is recommended

Continued on next page

# SMD Phase II – Curriculum, Continued

| Module | Module # | Item # | Transcript goal status | Shift B | Shift A | ASM | Date Trained | Date Certified | Certified By |
|---|---|---|---|---|---|---|---|---|---|
| Cosmetics | SM506700 | 929786 | C | | X | X | | | SM |
| Maintain & Analyze Seasonal Merchandising | SM506800 | 167830 | C | | X | X | | | TSM |

Stores with American Greetings must complete the American Greeting module; stores with Hallmark must complete the Hallmark module

Greeting Cards:

| Module | Module # | Item # | Transcript goal status | Shift B | Shift A | ASM | Date Trained | Date Certified | Certified By |
|---|---|---|---|---|---|---|---|---|---|
| American Greetings | SM506900 | 167828 | C | | X | X | | | TSM |
| Hallmark | | 792267 | | | X | X | | | TSM |
| Order Weekly Promo | SM507000 | 170013 | C | | X*** | X | | | SM |
| Intro to P&L | SM507100 | 167837 | C | | | X | | | TSM |
| Coaching & Counseling | SM507200 | 792069 | C | | X*** | X | | | TSM |
| Performance Reviews | SM507300 | 792259 | C | | | X | | | TSM |
| Voluntary/ Involuntary Separations | SM507400 | 944074 | C | | | X | | | TSM |
| Complete Inventory Prep. | SM507600 | 166337 | C | | | X | | | SM |

* denotes modules that require the completion of an IVR assessment prior to certification
** denotes those modules that are optional for Shift Supervisors
*** denotes that attendance at Phase II classes for these modules is recommended

Continued on next page

# SMD Phase II – Curriculum, Continued

| Module | Module # | Item # | Transcript goal status | Shift B | Shift A | ASM | Date Trained | Date Certified | Certified By |
|---|---|---|---|---|---|---|---|---|---|
| Presc. Drop-off | 201060 | 335791 | F | ** | ** | X | | N/A | N/A |
| Cust. Service II | 202030 | 335795 | C | ** | ** | X | | | TSM |
| Rx2000-Advanced | 202050 | 237232 | F | ** | ** | X | | N/A | N/A |
| 3rd Party Claims | 250440 | 335817 | F | ** | ** | X | | N/A | N/A |
| Rx 2000 Skilled | 202060 | 335798 | F | ** | ** | X | | N/A | N/A |
| AIMRx | 2085 | 271226 | C | ** | ** | X | | N/A | TSM |
| Inventory Mgmt | 202070 | 335800 | C | ** | ** | X | | | TSM |
| RX Business Initiatives | 202075 | 335804 | C | ** | ** | X | | | TSM |
| Build & Motivate Store Team | SM507800 | 792226 | C | X | X | X | | | SM |
| Solve Problems/ Make Decisions | SM507900 | 224097 | C | X | X | X | | | SM |
| Disagreement & Conflict Resolution | SM508000 | 169997 | C | X | X | X | | | SM |
| Think Like a Merchant | SM508100 | 174539 | C | X | X | X | | | SM |
| Business Ethics | SM508200 | 185338 | C | X | X | X | | | SM |
| Phase II Curriculum certification | | | Enter into TMS after all individual Phase I certifications have been entered | 504997 | 504998 | 504999 | | | |

* denotes modules that require the completion of an IVR assessment prior to certification
** denotes those modules that are optional for Shift Supervisors
*** denotes that attendance at Phase II classes for these modules is recommended

34

# SMD Phase III - Curriculum

| Module | Module # | Item # | Transcript goal status | Date Trained | Date Certified | Certified By |
|---|---|---|---|---|---|---|
| Financial Analysis | SM509300 | 172915 | C | | | TSM |
| Complete & Analyze Business Reviews | SM509500 | 267997 | C | | | TSM |
| Violence in the Workplace | SM509700 | 172942 | C | | | TSM |
| Advanced Interviewing | SM509800 | 172902 | C | | | TSM |
| Utilize Stress Mgmt Techniques | SM509900 | 956383 | C | | | TSM |
| Intro to Presentation Techniques | SM510000 | 172923 | C | | | TSM |
| Analyze Competitive Environment | SM510100 | 791889 | C | | | TSM |
| Succession Planning | SM510200 | 172937 | C | | | TSM |
| Build & Maintain Relationships | SM510300 | 172904 | C | | | TSM |
| Self-Development | SM510400 | 172934 | C | | | TSM |
| Photo Lab Supervision* | 406220 | | C | | | TSM or RCS |
| Business Account Program* | 406210 | | F | | | N/A |
| Employee & Personal Accountability | SM510500 | 172920 | C | | | TSM |
| Our Differences Create Strength | SM510800 | 237890 | C | | | TSM |
| Lead Technician Orientation | 203010 | 335812 | F | | | N/A |
| Pharmacy Scheduling | 250430 | 335816 | C | | | TSM |
| Adv. Pharmacy Inventory Mgmt | 250520 | 335824 | C | | | TSM |
| Pharmacy Business Metrics    (self-paced) | 250510 | 335823 | F | | | N/A |
| Phase III Curriculum Certification | 509000 | | Enter into TMS after all individual Phase III certifications have been entered | | | |

Photo curriculum required is dependent upon the Lab/Non-Lab status of your current store.
Non-Lab stores must complete: no Phase III curriculum for Photo; Lab Stores must complete: Photo Lab Supervision and Business Account Program
* denotes those modules that require completion of the IVR assessment prior to certification

# Appendix A - IVR Flow

## 1-800-454-2779

Log in to IVR using EMP ID and PIN (last 4-digits of SSN)

**OPTION 1**
Take an Assessment OR Complete an Acknowledgement

1. Assessments
2. Acknowledgements

**If Option 1 is chosen:**
Assessments
1. SucceSSS
2. Tobacco
3. Photo

**If Option 2 is chosen:**
Acknowledgements
1. Ensuring Patient Safety

**If Option 3 is chosen:**
1. Photo Lab Operations
2. Send Out Service Training
3. Digital Photo Lab
4. Photo Lab Quality Assurance
5. Photo Lab Sales Building
6. Business Account Practices
7. Photo Lab Supervision

**OPTION 2**
Enter a Completion Code

1. Enter your 17-digit Completion Code

**OPTION 3**
All Classroom Training Options

1. Enroll in a Class
2. Drop a Class

**OPTION 4**
Faxes

1. IVR Options
2. Your Transcript
3. Pharmacy Support Staff Curriculum
4. List of Current Class Enrollments
5. Class Listing by Site ID

**CVS TRAINING MANAGEMENT SYSTEM IVR FLOW**

**1-800-454-2779**

36

# Appendix B - IVR (Supervisor options)

**1-800-454-2779**

Log in to IVR using EMP ID and PIN (last 4-digits of SSN)

**OPTION 1**
Take an Assessment OR Complete an Acknowledgement

1. Assessments
2. Acknowledgements

**If Option 1 is chosen:**
1. Assessments
2. SucceSSS
3. Tobacco
4. Photo

**If Option 3 is chosen:**
1. Photo Lab Operations
2. Send Out Service Training
3. Digital Photo Lab
4. Photo Lab Quality Assurance
5. Photo Lab Sales Building
6. Business Account Practices
7. Photo Lab Supervision

**If Option 2 is chosen:**
Acknowledgements
1. Ensuring Patient Safety

**OPTION 2**
Enter a Completion Code

1. Enter your 17-digit Completion Code
2. Enter Third Party Billing Compliance Completion Code

**OPTION 3**
All Classroom Training Options

1. Enroll in a Class
2. Drop a Class
3. Add a Class
4. Cancel a Class

**OPTION 4**
Faxes

1. IVR Options
2. Your Transcript
3. Pharmacy Support Staff Curriculum
4. List of Current Class Enrollments
5. Class Listing by Site ID
6. Supervisor & Trainer Fax Options

**If Option 6 is chosen:**
1. Employee Transcript
2. Class Roster
3. Completed Certifications
4. Photo Certification Report
5. Third Party Billing Compliance Training Report
6. SucceSSS Certifications
7. Pharmacy New Hire Report
8. New Hire Pharmacist Evaluation

**OPTION 5**
Supervisor & Trainer Options

1. Obtain EMP ID
2. Log Completion of Training
3. Certify a Module
4. Certify a Curriculum
5. Supervisor & Trainer Fax Options
6. Enter Third Party Billing Compliance Completion Code
7. Add a Class
8. Cancel a Class

**If Option 5 is chosen:**
1. Employee Transcript
2. Class Roster
3. Completed Certifications
4. Photo Certification Report
5. Third Party Billing Compliance Training Report
6. SucceSSS Certifications
7. Pharmacy New hire Report
8. New Hire Pharmacist Evaluation

37