UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-80909-CIV-MARRA/JOHNSON

KRISTY HENDERSON,
individually and on behalf of
persons similarly situated,
    Plaintiff,
v.

HOLIDAY CVS, L.L.C,
a Florida limited liability company,
*et al.*,
    Defendants.
_____/

## NOTICE OF FILING CONSENT TO JOIN OF PLAINTIFF JOACHIM TRAEBECKE

Plaintiff, JOACHIM TRAEBECKE, by and through the undersigned counsel, hereby gives notice of filing the attached written Consent to Join, redacted as to contact information.

Plaintiff, Joachim Traebecke, is the **19th** Plaintiff to join this action.

Plaintiff, Joachim Traebecke, worked for Defendants out of their facilities in Miami, FL area.

This joinder provides further evidence of similarly situated employees who would benefit from the Court's granting class-notice of this collective action, as sought in the Complaint.

Dated: January 22, 2010
Boca Raton, Florida

Respectfully submitted,

**/s/Gregg I. Shavitz**
Gregg I. Shavitz (Fla Bar No. 11398)
E-mail: gshavitz@shavitzlaw.com
Hal B. Anderson (Fla Bar No. 93051)
E-mail: hal.anderson@shavitzlaw.com
SHAVITZ LAW GROUP, P.A.
1515 S. Federal Highway, Suite 404
Boca Raton, Florida 33432
Tel: 561-447-8888
Fax: 561-447-8831
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

       I hereby certify that on **January 22, 2010**, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

                                      **/s/Gregg I. Shavitz**
                                      Gregg I. Shavitz
                                      Hal B. Anderson

## SERVICE LIST
*Kristy Henderson v. Holiday CVS, L.L.C, et al.*
**CASE NO. 09-80909-CIV- MARRA/JOHNSON**
**United States District Court, Southern District of Florida**

James J. Swartz, Jr, Esq.
Florida Bar No. 59565
E-mail: jimswartz@asherafuse.com
Nancy E. Rafuse, Esq.
E-mail: nancyrafuse@asherafuse.com
ASHE, RAFUSE & HILL, LLP
1355 Peachtree Street, N.E., Suite 500
Atlanta, GA 30309
Telephone: 404-253-6000
Facsimile: 404-253-6060
Attorneys for Defendants

David M. DeMaio, Esq.
Florida Bar No. 886513
E-mail: david.demaio@ogletreedeakins.com
Christopher P. Hammon, Esq.
Florida Bar No. 176753
E-mail: chris.hammon@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
701 Brickell Avenue, Suite 2020
Miami, FL 33131
Telephone: 305-374-0506
Facsimile: 305-374-0456
Attorneys for Defendants