# Exhibit C



**LAW GROUP, P.A.**

1515 S. Federal Hwy, Suite 404 | Boca Raton, Florida 33432
Phone 561.447.8888 | Fax 561.447.8831
www.shavitzlaw.com

May 26, 2009

**VIA U.S. MAIL**

RE:   **Investigation of *CVS* for Unpaid Overtime**

If you have already retained a lawyer for this matter, please disregard this letter. Our firm recently learned about your name, address, phone number, and profession from the internet.

This letter is to inform you of an investigation taking place regarding CVS on behalf of current and former hourly Assistant Managers (MGT) who were not paid for all overtime hours worked, whether working through lunch or working over 40 hours in a week. **As a current or former employee of *CVS* you may be eligible to make a claim if you worked as an hourly Assistant Manager (MGT) in the past three years and regularly were not paid overtime for all overtime hours worked.**

Founded in 1999, the Shavitz Law Group, P.A., handles a wide variety of lawsuits against businesses that do not properly pay their employees for all their hours worked.

If you or anyone you know has information that you would be willing to share to help our investigation of these claim(s), or if would like more information about our investigation of CVS, please contact us toll-free at **888-221-WAGE** (9243) or via email at **info@HelpingWorkers.com**. You may also visit our website at **www.HelpingWorkers.com** for more information about our firm and our experience representing employees. We look forward to hearing from you.

Sincerely,

*Gregg I. Shavitz*
GREGG I. SHAVITZ, ESQ.
For the Firm