UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-80909-CIV-MARRA/JOHNSON

KRISTY HENDERSON,
individually and on behalf of
persons similarly situated,
    Plaintiff,
v.

HOLIDAY CVS, L.L.C,
a Florida limited liability company,
et al.,
    Defendants.
_____/

## ORDER GRANTING TRANSFER

Plaintiff Kristy Henderson, on her own behalf and on behalf of those others who have filed consents to join this action, has moved this Court pursuant to 28 U.S.C. § 1404(a) for an order transferring this case to the United States District Court for the District of Rhode Island. The sole purpose for the requested transfer is to facilitate a consolidated settlement of this and other actions against Defendants CVS Caremark Corporation ("CVS") and Massachusetts CVS Pharmacy, LLC, alleging certain wage-hour violations under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. and state laws. Defendants do not oppose this motion.

Plaintiff has informed the Court that the parties intend to move the Rhode Island District Court pursuant to Fed. R. Civ. P. 42 to consolidate this and other actions with *Nash, et al. v. CVS Caremark Corporation, et al.*, No. CA-09-79-M-LDA (D.R.I.) ("*Nash*") once all transfer orders have been entered. Motions for preliminary and final approval of the consolidated settlement agreement will be filed in the District for Rhode Island.

For purposes of settlement only, and in the interests of the efficient administration of justice, Plaintiff's motion is hereby **GRANTED** and this matter is **TRANSFERRED** to the

United States District Court for the District of Rhode Island. The Clerk is directed to provide a copy of this Order to the Clerk for the District of Rhode Island and to the chambers of the judge (Judge John J. McConnell, Jr.) there assigned to *Nash*.

THE CLERK SHALL CLOSE THIS CASE.

**DONE and SIGNED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 14th day of November, 2011.

KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

**Copies to:**
**Counsel of Record**